Serial: SA-OSMRE-0001

Vacancy: OSM-2004-0049 Economist GS-0110-05 / 07 (bg) (DEU)

Grade: 05

Locations: Washington DC Metro Area, DC

Applicant: MEHRSEFAT, HADI

# Personal Data

| | |
|---|---|
| First Name: | HADI |
| MI: | |
| Last Name: | MEHRSEFAT |
| Address1: | 6200 WESTCHESTER PARK DR. 815 |
| Address2: | |
| City: | COLLEGE PARK |
| State: | MD |
| Zip Code: | 20740 |
| Plus 4: | |
| Phone: | 301-345-0478 |
| Email: | hmehrsefat@aol.com |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

# Core Questions

1   Are you a vet who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just short of 3 years)?
    No

2   Are you a current Federal employee?
    No

3   Are you a current Federal employee serving under a Veterans Readjustment Authority (VRA) appointment?
    No

Exhibit 3

1

| 4 | If you are a current Federal employee, by what agency and organization are you employed? |
|---|---|
| | Not applicable |

| 7 | If you are a Federal employee, under what type of appointment are you currently serving? |
|---|---|
| | Not applicable |

| 8 | Are you a student appointee under the Student Career Experience Program who has completed all requirements for graduation and conversion under the SCEP appointing authority and is in the 120 day period for conversion to term, career or career-conditional appointment? |
|---|---|
| | Not Applicable |

| 9 | If you are NOT currently serving in the competitive service as a permanent career or career conditional Federal employee, are you eligible for reinstatement based on career or career-conditional Federal status in the competitive service? |
|---|---|
| | Not Applicable |

| 10 | If you are, or ever were, a Federal civilian employee, please indicate pay plan of the highest graded position you held: |
|---|---|
| | Not applicable |

| 15 | May we contact your current supervisor for a reference? |
|---|---|
| | Yes |

| 16 | Does the Office of Surface Mining employ any member of your family? |
|---|---|
| | No |

| 18 | If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System? |
|---|---|
| | Not Applicable |

| 19 | If you are a male at least 18 years of age, born after December 31, 1959 AND you have NOT registered with the Selective Service System, do you have an approved exemption? |
|---|---|
| | Not Applicable |

| 20 | Are you a retiree receiving a Federal annuity, either military or civilian? |
|---|---|
| | No |

| 21 | Have you accepted a buyout from a Federal agency within the past 5 years? |
|---|---|
| | Not Applicable |

| 22 | Do you have a physical or mental impairment that limits one or more major life activities AND has been certified by the State Department of Vocational Services rendering you eligible for the Federal Employment Program for Persons with Disabilities? |
|---|---|
| | Not Applicable |

| 23 | Are you eligible for noncompetitive appointment under a Special Appointing Authority? |
|---|---|
| | No |

| 25 | Displaced employee information: |
|---|---|
| | I am not a displaced employee from a Federal Agency. |

PAGE 1 OF 9

# Report Results

## OSM-2004-0049 Economist GS-0110-05 / 07 (bg) (DEU)

| | | |
|---|---|---|
| 05 | 1 | From the descriptions below, select the item that describes your education or experience you have that demonstrates your ability to perform Economist work. If your highest level of education is not described below choose the item that describes experience or lower level education you do have. MARK ONLY ONE RESPONSE.<br><br>**Answer(0 points):** For GS-5: I have completed a bachelor's degree in economics that included at least 21 semester hours in economics and 3 semester hours in statistics, accounting, or calculus. |
| 05 | 2 | My education and/or experience is not reflected in any of the above statements.<br><br>**Answer(0 points):** Yes |
| All Grades | 1 | Have you worked on several major assignments or projects at the same time with minimal supervision and completed the work on time or ahead of time of schedule?<br><br>**Answer(7 points):** Yes |
| All Grades | 2 | Have you written articles or similar types of work that have been included in a school newspaper, community newsletter, or similar type of publication?<br><br>**Answer(7 points):** Yes |
| All Grades | 3 | Have you successfully done work, not including computer applications classes, that regularly involved using graphics software to create and edit charts, tables, or graphs?<br><br>**Answer(7 points):** Yes |
| All Grades | 4 | Have you successfully written reports that presented facts, findings, logical conclusions, and persuasive arguments (for example, wrote a thesis, briefing papers, policy papers, complex research papers, etc.)?<br><br>**Answer(7 points):** Yes |
| All Grades | 5 | Have you successfully done work that regularly involved listening carefully to others to understand a need, problem, or situation (for example, investigative work, counseling, etc.)?<br><br>**Answer(7 points):** Yes |
| All Grades | 6 | Have you successfully created computerized databases to organize information?<br><br>**Answer(7 points):** Yes |
| All Grades | 7 | Have you successfully worked on a team that included individuals from different occupations or diverse backgrounds?<br><br>**Answer(7 points):** Yes |
| All Grades | 8 | At what level have you successfully done work that regularly involved interacting or coordinating with people outside of your immediate work group (for example, people from other offices, departments, organizations, etc.)?<br><br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |

PAGE 3 OF 17

| | | |
|---|---|---|
| All Grades | 9 | At what level have you successfully done work that frequently required you to present nontechnical information at briefings, meetings, conferences, or hearings?<br><br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 10 | At what level have you successfully done work that regularly involved planning, prioritizing, and monitoring your own work?<br><br>**Answer(7 points):** I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task. |
| All Grades | 11 | At what level have you successfully done work that regularly required you to modify plans to accommodate unexpected assignments or to respond to changing workloads, priorities, or deadlines?<br><br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 12 | At what level have you successfully done work that required you to identify what a customer or client needs?<br><br>**Answer(7 points):** I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task. |
| All Grades | 13 | At what level have you successfully done work that regularly involved manipulating data in a computer database (for example, importing, exporting, merging, updating, sorting data, etc)?<br><br>**Answer(3 points):** I have performed this task on the job, with close supervision from supervisor or senior employee. |
| All Grades | 14 | At what level have you participated in training classes, workshops, or seminars outside of school that improved your performance at work?<br><br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 15 | At what level have you successfully done work that regularly involved verifying the accuracy of information or the relevance of information to a problem or situation (for example, investigative work)?<br><br>**Answer(3 points):** I have performed this task on the job, with close supervision from supervisor or senior employee. |
| All Grades | 16 | At what level have you successfully done work that required you to work under difficult time constraints?<br><br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 17 | At what level have you effectively served on a problem-solving, planning, or goal-setting committee or team?<br><br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |

PAGE 4 OF 17

# RESUME for HADI MEHRSEFAT

# RESUME

APPLICATION FOR FEDERAL EMPLOYMENT
                (OF 612 -- Form Approved: OMB No.
3206-021)

_____

    1.  JOB TITLE IN ANNOUNCEMENT:  Economist
 2.  GRADE APPLYING FOR: GS- 0110-05
3. ANNOUNCEMENT NUMBER: OSM 2004-0049
    4.  LAST NAME:              FIRST, MIDDLE:
              Mehrsefat            Hadi
    5.  SOCIAL SECURITY NUMBER: 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
    6.  MAILING ADDRESS: 6200 Westchester Park Dr. #815
        CITY/STATE/ZIP: College Park, MD 20740
        EMAIL: hmehrsefat@aol.com
    7.  PHONE NUMBERS    DAYTIME:  (301) 385-2378
                                      EVENING:

(301) 345-0478

    8.  WORK EXPERIENCE: Describe your paid and nonpaid
work experience
        related to the job for which you are applying.
    1) JOB TITLE: Adjunct Faculty of Management and
Economics
        FROM:  June 1998 TO: Present
        SALARY: $50.00 PER: Hour      HOURS PER WEEK: 8
        EMPLOYER'S NAME AND ADDRESS
        Strayer University
        4710 Auth place Suitland, MD 20147
        SUPERVISOR'S NAME AND PHONE NUMBER
        Dr. Paul Brower - (301) 423-4718

        DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
        Teaching Principle of Management, Organizational
Behavior, Financial
        Management and Economics courses including:

• Modern management, management and diversity
• Strategic and tactical planning, decision making
• Fundamental of Organizing, managing human Resources
• Fundamental of influencing and communication,
leadership, and motivation
• Principle of controlling, information technology and
internet
• All aspect of financial management
• Principals of economics and tools, money and Banking

    2) JOB TITLE: Security Analyst
        FROM: January 1998      TO: June 2001
        SALARY: $35000.00  PER: Year        HOURS PER
WEEK: 40
        EMPLOYER'S NAME AND ADDRESS
        H.A. Investments Inc.
        6200 Westchester Park Dr. College Park, MD 20740

PAGE 5 OF 17

SUPERVISOR'S NAME AND PHONE NUMBER
Self-employed (301) 345-0478

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
• Reviewing, examining and analyzing financial situation
of public corporations for investment.
• Fundamental analysis of financial statements including
income statements and balance sheets.
• Financial ratio analysis including return on assets,
return on equity, profit margin, liquidity ratios, debt
and asset management ratios, to determine current and
future financial strength of corporations.
• Technical analysis of stocks of corporations to predict
price trend and short-term swing of the market by analysis
of historical patterns in stock price movements.
• Evaluating overall economic condition, interest rate,
unemployment rate, consumer price index and other economic
indicators to predict future trend of the market as a whole.

   3) JOB TITLE: Owner -Manager
         FROM: 04/1988      TO: 12/1997      SALARY:
40000.00      PER: Year           HOURS PER WEEK:  50
         EMPLOYER'S NAME AND ADDRESS
         Central Auto INC.
         8402 Central Ave. Landover, MD 20785

      DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
• Prepared business plan, set up, established and
organized the business
• Prepared  Short-term and long -term budgets
• Reviewed and examined accounts and prepared financial
statements.
• Evaluated customer credit history to qualify them for
extension of loans.
• Established payment collection and credit reporting
system.
• Developed inventory control system.
• Supervised employee in administrative duties, sales,
marketing and related areas.
• Hired and trained staff to work in different sections of
the business.

   4) JOB TITLE: Economist
         FROM: 02/1979    TO: 12/1982        HOURS PER
WEEK: 40
         EMPLOYER'S NAME AND ADDRESS
          Ministry of finance and economics affair
         100 Naserkhosro Ave. Tehran, Iran
         SUPERVISOR'S NAME AND PHONE NUMBER
          Dr. D. Malekpour    (202) 473- 6291

      DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
• Performed research on economic policies and government
programs.
• Developed and adapted economics theory and methodology
for wide variety of economic investigations
• Edited data, produced tabulations and charts.
• Prepared sector plans for five-year economic development
project.

   5) JOB TITLE: Tax Auditor
         FROM: 02/70      TO: 03/1975        HOURS PER

PAGE 6 OF 17

WEEK: 40

EMPLOYER'S NAME AND ADDRES
Ministry of Economics Affairs And Finance
100 Naserkhosro Ave.  Tehran, Iran

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
• Examined and audited individual and corporate tax return.
• Audited corporation's accounting ledger and financial statements.
• Appraised value of equipment's, machinery, tools, inventories, plants and other properties.

9. . MAY WE CONTACT YOUR CURRENT SUPERVISOR?   YES

EDUCATION

10. HIGHEST LEVEL COMPLETED:  Master Degree

11. LAST HIGH SCHOOL:  Tehran, Iran

   Classical Diploma

12. COLLEGES AND UNIVERSITIES ATTENDED

   1) NAME:  Institute of banking sciences
      CITY/STATE/ZIP:  Tehran, Iran
      SEMESTER CREDITS EARNED: 140- MAJOR(S):
Accounting and Economics
      DEGREE: B.S.                          YEAR
RECEIVED:  1975

   2) NAME:  University of Scranton
      CITY/STATE/ZIP: Scranton, PA
      SEMESTER CREDITS EARNED: 30        MAJOR(S):
Finance
      DEGREE: MBA                   YEAR
RECEIVED: 1978

OTHER QUALIFICATIONS

 MY undergraduate and graduate studies consisted of many
courses in Management, Economics, Auditing and finance,
which are directly related to the position I am applying.
In addition to the commonly -used software I am familiar
with MS Excel and to some degree with MS Access. I have
worked in Window 98 and Window 2000 environment and very
comfortable with Internet browser.

GENERAL

   14. ARE YOU A U.S. CITIZEN? ........................
YES [X]  NO [  ]

   15. DO YOU CLAIM VETERANS' PREFERENCE? ............
YES [  ]  NO [X ]

   16. WERE YOU EVER A FEDERAL CIVILIAN EMPLOYEE? .YES

PAGE 7 OF 17

[ · ]  NO [   X]

17.   ARE YOU ELIGIBLE FOR REINSTATEMENT BASED ON CAREER
              OR CAREER-CONDITIONAL FEDERAL STATUS? ... YES
[ ]   NO [ X ]


          APPLICANT CERTIFICATION

18. I certify that, to the best of my knowledge and
belief, all of the information
on and attached to this application is true, correct,
complete, and made in good faith.
   I understand that false or fraudulent information on or
attached to this application
 may be grounds for not hiring me or for firing me after I
begin work, and may be
punishable by fine or imprisonment.  I understand that any
information
        I give may be investigated.


          SIGNATURE:
                              DATE SIGNED


PAGE 8 OF 17

# THE UNIVERSITY OF SCRANTON

UPON RECOMMENDATION OF THE FACULTY AND BY THE AUTHORITY OF THE BOARD OF

TRUSTEES ACTING UNDER THE CHARTER GRANTED BY THE COMMONWEALTH OF

PENNSYLVANIA HEREBY CONFERS ON

## HADI MEHRSEFAT

THE DEGREE OF

## MASTER OF BUSINESS ADMINISTRATION

WITH ALL THE RIGHTS AND PRIVILEGES PERTAINING THERETO.

IN WITNESS WHEREOF WE HAVE HEREUNTO AFFIXED OUR SIGNATURES AND THE

SEAL OF THE UNIVERSITY ON THIS TWENTY-NINTH DAY OF JULY, IN THE YEAR

OF OUR LORD 1978.

DEAN, GRADUATE SCHOOL

