SCREENING SHEET

**QuickHire** — Evaluate the people, not the paper.

**Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg) (DEU)

Vacancy Number: OSM-2004-0049

Ranking: Veteran's preference applied        *Cut-off Score: 95.00*

Grade: 05

| RNO | Total | Applicant | SSN | Vet Type | Permanent Address | AGE |
|---|---|---|---|---|---|---|
| * | 97.48 | HADI MEHRSEFAT *BS/Economics MS/Finance* ?Diploma Mills | | - | | *Transcript* |
| | 96.72 | MATTHEW BRIGIDA *BS/MS - Economics* | | - | | |
| | 96.34 | JONATHAN HIBSHMAN *BA/Political Science MS/Applied Econ* | | - | | *Transcript* |
| EM | 96.34 | JAMES TICHENOR *BS/Economics & Math GPA 3.73* | | - | | *Transcript 25 Years* |
| * | 95.08 | AJANI PIERCE *BS/Economics* | | - | | *Transcript* |
| | 94.58 | HERVE THOMAS | | - | | *Transcript* |
| | 92.06 | RACHEL ALFORD | | - | | |
| | 90.17 | JOSHUA WILDE | | - | | |
| | 89.92 | KERI PESSAGNO | | - | | |
| S/O* | | MONICA COOKE | | - | | |
| S/O* | | FRANKLIN SONU | | - | | |

* Applicant has been screened out

*Education must be verified prior to appt*

Exhibit 19

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 6/8/04

Page: 1



**QuickHire.**
*Evaluate the people, not the paper.*

**Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg) (DEU)

**Vacancy Number:** OSM-2004-0049

**Ranking:** Veteran's preference applied

---

S/O*  AMANDA KNIGHT    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  BRET SECHRIST    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  MATTHEW LEE    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  TOM DIVINCENZO    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  JUNG KIM    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  JAMES BULLISTER    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  MICHAEL PRIVMAN    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  JOSHUA DREUTH    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  EMILY JENNERICH    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  MICHAEL GOODMAN,    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  DAVID KONKEL    ███████ - ███████████████████    ████
   * Applicant has been screened out

S/O*  LUKE LISOWSKI    ███████ - ███████████████████    ████
   * Applicant has been screened out

PAGE 2 OF 2

---

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 6/8/04