Serial: SA-OSMRE-0001
Vacancy: OSM-2004-0049 Economist GS-0110-05 / 07 (bg) (DEU)
Grade: 05/07
Locations: Washington DC Metro Area, DC

Applicant: TICHENOR, JAMES

*Selected iff 8/22/04*
*White*
*age 25*

## Personal Data

| First Name: | JAMES |
| --- | --- |
| MI: | C |
| Last Name: | TICHENOR |
| Address1: | ███████ |
| Address2: | |
| City: | ███████ |
| State: | █ |
| Zip Code: | ███ |
| Plus 4: | |
| Phone: | ███████ |
| Email: | ███████ |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

06 1060

FILED
JUN - 9 2006
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

## Core Questions

1. Are you a vet who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just short of 3 years)?
   No

2. Are you a current Federal employee?
   No

3. Are you a current Federal employee serving under a Veterans Readjustment Authority (VRA) appointment?
   No

PAGE ( OF 10

Exhibit 8

| | | |
|---|---|---|
| 4 | If you are a current Federal employee, by what agency and organization are you employed? | |
| | Not applicable | |
| 6 | If you are a current Federal employee, what is your duty station? [City,State] (Enter N/A if not Applicable) | |
| | n/a | |
| 7 | If you are a Federal employee, under what type of appointment are you currently serving? | |
| | Not applicable | |
| 8 | Are you a student appointee under the Student Career Experience Program who has completed all requirements for graduation and conversion under the SCEP appointing authority and is in the 120 day period for conversion to term, career or career-conditional appointment? | |
| | No | |
| 9 | If you are NOT currently serving in the competitive service as a permanent career or career conditional Federal employee, are you eligible for reinstatement based on career or career-conditional Federal status in the competitive service? | |
| | Yes | |
| 10 | If you are, or ever were, a Federal civilian employee, please indicate pay plan of the highest graded position you held: | |
| | Not applicable | |
| 15 | May we contact your current supervisor for a reference? | |
| | Yes | |
| 16 | Does the Office of Surface Mining employ any member of your family? | |
| | No | |
| 18 | If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System? | |
| | Yes | |
| 19 | If you are a male at least 18 years of age, born after December 31, 1959 AND you have NOT registered with the Selective Service System, do you have an approved exemption? | |
| | Not Applicable | |
| 20 | Are you a retiree receiving a Federal annuity, either military or civilian? | |
| | No | |
| 21 | Have you accepted a buyout from a Federal agency within the past 5 years? | |
| | No | |
| 22 | Do you have a physical or mental impairment that limits one or more major life activities AND has been certified by the State Department of Vocational Services rendering you eligible for the Federal Employment Program for Persons with Disabilities? | |
| | No | |
| 23 | Are you eligible for noncompetitive appointment under a Special Appointing Authority? | |
| | No | |
| 25 | Displaced employee information: | |
| | I am not a displaced employee from a Federal Agency. | |

PAGE 2 OF 10

# Report Results

### OSM-2004-0049 Economist GS-0110-05 / 07 (bg) (DEU)

| | | |
|---|---|---|
| 05 | 1 | From the descriptions below, select the item that describes your education or experience you have that demonstrates your ability to perform Economist work. If your highest level of education is not described below choose the item that describes experience or lower level education you do have. MARK ONLY ONE RESPONSE. |
| | | **Answer(0 points):** For GS-5: I have completed a bachelor's degree in economics that included at least 21 semester hours in economics and 3 semester hours in statistics, accounting, or calculus. |
| 05 | 2 | My education and/or experience is not reflected in any of the above statements. |
| | | **Answer(0 points):** Yes |
| 07 | 1 | For the GS-7: In addition to meeting the basic requirements, applicant must have one of the following: |
| | | **Answer(0 points):** My education and/or experience is not reflected in any of the above statements. |
| All Grades | 1 | Have you worked on several major assignments or projects at the same time with minimal supervision and completed the work on time or ahead of time of schedule? |
| | | **Answer(7 points):** Yes |
| All Grades | 2 | Have you written articles or similar types of work that have been included in a school newspaper, community newsletter, or similar type of publication? |
| | | **Answer(7 points):** Yes |
| All Grades | 3 | Have you successfully done work, not including computer applications classes, that regularly involved using graphics software to create and edit charts, tables, or graphs? |
| | | **Answer(7 points):** Yes |
| All Grades | 4 | Have you successfully written reports that presented facts, findings, logical conclusions, and persuasive arguments (for example, wrote a thesis, briefing papers, policy papers, complex research papers, etc.)? |
| | | **Answer(0 points):** No |
| All Grades | 5 | Have you successfully done work that regularly involved listening carefully to others to understand a need, problem, or situation (for example, investigative work, counseling, etc.)? |
| | | **Answer(7 points):** Yes |
| All Grades | 6 | Have you successfully created computerized databases to organize information? |
| | | **Answer(7 points):** Yes |
| All Grades | 7 | Have you successfully worked on a team that included individuals from different occupations or diverse backgrounds? |
| | | **Answer(7 points):** Yes |

PAGE 3 OF 12

| | | |
|---|---|---|
| All Grades | 8 | At what level have you successfully done work that regularly involved interacting or coordinating with people outside of your immediate work group (for example, people from other offices, departments, organizations, etc.)?<br><br>**Answer(7 points):** I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task. |
| All Grades | 9 | At what level have you successfully done work that frequently required you to present nontechnical information at briefings, meetings, conferences, or hearings?<br><br>**Answer(3 points):** I have performed this task on the job, with close supervision from supervisor or senior employee. |
| All Grades | 10 | At what level have you successfully done work that regularly involved planning, prioritizing, and monitoring your own work?<br><br>**Answer(3 points):** I have performed this task on the job, with close supervision from supervisor or senior employee. |
| All Grades | 11 | At what level have you successfully done work that regularly required you to modify plans to accommodate unexpected assignments or to respond to changing workloads, priorities, or deadlines?<br><br>**Answer(3 points):** I have performed this task on the job, with close supervision from supervisor or senior employee. |
| All Grades | 12 | At what level have you successfully done work that required you to identify what a customer or client needs?<br><br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 13 | At what level have you successfully done work that regularly involved manipulating data in a computer database (for example, importing, exporting, merging, updating, sorting data, etc)?<br><br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 14 | At what level have you participated in training classes, workshops, or seminars outside of school that improved your performance at work?<br><br>**Answer(3 points):** I have performed this task on the job, with close supervision from supervisor or senior employee. |
| All Grades | 15 | At what level have you successfully done work that regularly involved verifying the accuracy of information or the relevance of information to a problem or situation (for example, investigative work)?<br><br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 16 | At what level have you successfully done work that required you to work under difficult time constraints?<br><br>**Answer(7 points):** I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task. |

PAGE 4 OF 12

| | | |
|---|---|---|
| All Grades | 17 | At what level have you effectively served on a problem-solving, planning, or goal-setting committee or team?<br><br>Answer(7 points): I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task. |

# RESUME for JAMES TICHENOR

# RESUME

```
FORMER PEACE CORPS VOLUNTEER
Non-Competitive Status

James Calvin Tichenor
```

U.S. address and contact: ████████████████,
██████ or
Thomas Tichenor at ████████ (day) and ████████
(evening)

SSN: ████████
Country of Citizenship: USA

Prior Federal government employment:
Peace Corps Volunteer/Ukraine, February 2002 to June 2004.
Student Intern, Internal Revenue Service HR, June to August 1997.

WORK EXPERIENCE
1. Peace Corps Volunteer
Business Facilitator, Zhytomyr, Ukraine,
April 2002 - present
40 + hours/week
Salary: NA. Volunteer living allowance equivalent to $2,268 year
· Established a self-help group for families of drug users and HIV positive individuals. Managed a $1400 grant covering the group's therapy sessions and outreach activities.
· Trained over 250 unemployed women of Zhytomyr in business communication and job-finding skills as part of a Winrock International project funded by USAID.
· Facilitated English activities for university students including economic seminars and sexual health trainings for 175 students.
· Created the Peace Corps Ukraine HIV/AIDS working group website, http://hiv-aids.pcukraine.org
· Conducted a general health survey of over 400 Zhytomyr

PAGE 5 OF 12

youth. Created a database using MS Access to compile and analyze the results.
· Organized an AIDS Bike Ride and biked 200 kilometers around the Zhytomyr Oblast. Collected over $200 in private contributions while raising awareness about HIV transmission.
· Organized the AIDS conference "Awareness Building in the Classroom" for 30 participants throughout Ukraine.
· Organized a "Model European Union" conference for 40 university students.
· Served as the Emergency Action Plan warden for volunteers in the Zhytomyr Oblast.

Contact:
Bohdan Yarema, Region 5 Manager, 011-38-044-247-6865
Oleg Smiychuk, PCV Program Support Coordinator, 011-38-044-247-6851
48 Bohdana Kmelnytskoho, Kiev, 01030, Ukraine
Tele: 011-38-044-247-6840
Please contact Mr. Yarema or Mr. Smiychuk with any questions.

2. Youth Center Coordinator
Montreat Conference Center
Montreat, NC, May – August 2001
40 hours/week
Salary: $340/week
- Supervised the daily operation of youth center and tennis facilities
- Managed a staff of two collegiate counselors
- Provided individual and group counseling for adolescent youth
Contact:
Bob Tuttle
P.O. Box 969,
Montreat, NC, 28757
Tele: 828-669-2911

3. Intern
Human Resources Department
Internal Revenue Service, Dept. of Treasury
Washington, DC, January – August 1997
Varied hours. This was a DC Public Schools and Federal government sponsored work program; part time during school year and full time during summer months.
Salary: $960/month, starting June 1997
- Designed and maintained the IRS employee's intranet website.
- Informed displaced Federal employees of job openings and training opportunities.

EDUCATION
1. Emory University, Atlanta, GA, 30322
  B.A., Economics and Mathematics, May 2001
2. Charles University, Prague, Czech Republic, Fall 2000 (Semester Abroad)
3. Woodrow Wilson High School, Washington, D.C. 20016
  HS Diploma, June 1997

OTHER QUALIFICATIONS:
- Peace Corps Training, Ukraine, February – April 2002, Intensive training in project design and management, business plans, Ukrainian language, and cross cultural

PAGE 6 OF 12

awareness and skills development.
- Peace Corps Training, Uzbekistan, August - October 2001, Intensive training in business education, community development, Uzbek language, and cross-cultural awareness and skills development. (Assignment terminated after 9/11 attacks.)
- Advanced Russian language proficiency.
- Intermediate Ukrainian language proficiency.
- Proficient in Microsoft Word, Excel, Access, and FrontPage

Availability:
My original Peace Corps service ended in February and I am currently extending my service through June 2004.
However, I would be available to begin employment earlier, if given at least two weeks notice.

# EMORY UNIVERSITY
## OFFICE OF THE REGISTRAR • ATLANTA, GA 30322

### Official Transcript

Name: Tichenor, James Calvin
Student ID: ████████
Campus ID: ██████

Print Date: 2004-03-30
SSN: ████████

Page No. 1 of 3

Send To : Tichenor, James Calvin

TRANSFER CREDIT FROM AMERICAN UNIVERSITY FALL 1996
SPRING 1997:
7.0 SEMESTER HOURS
  MATHEMATICS       4.0
  PHILOSOPHY        3.0
ADVANCED PLACEMENT CREDIT AWARDED:
8.0 SEMESTER HOURS
  COMPUTER SCIENCE AB   4.0
  CALCULUS AB           4.0

- - - - - Degrees Awarded - - - - -

Degree      : Bachelor of Arts
Confer Date : 2001-05-14
Plan        : Economics & Mathematics Major

- - - - - Transfer Credits - - - - -

Transfer Credit from N/A
Applied Toward Liberal Arts & Sciences Program
  Course Trans GPA:   0.000   Transfer Totals :   0.00   7.00   0.000

- - - - - Test Credits - - - - -

Test Credits Applied Toward Liberal Arts & Sciences Program
Advanced Placement Exam    Conversion Test Credit
  Test Trans GPA:   0.000   Transfer Totals :   0.00   8.00   0.000

- - - - - Beginning of Academic Record - - - - -

**Undergraduate Emory College, Liberal Arts & Sciences - Fall 1997**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ECRS | 101 | Emory College Freshman Seminar | 1.00 | 1.00 | S | |
| ECON | 101 | Principles Of Microeconomics | 4.00 | 4.00 | B | 12.000 |
| MATH | 211 | Adv Calculus (Multivariable) | 4.00 | 4.00 | C | 8.000 |
| PE | 101 | Health Education | 1.00 | 1.00 | B+ | 3.300 |
| PHIL | 115 | Introduction To Ethics | 4.00 | 4.00 | B- | 10.800 |
| PSYC | 110 | Intro Psyc I:Psychobio&Cognitn | 4.00 | 4.00 | B- | 10.800 |

TERM GPA : 2.641   TERM TOTALS :  18.00  18.00   44.900
CUM  GPA : 2.641   CUM  TOTALS :  18.00  33.00   44.900

**Undergraduate Emory College, Liberal Arts & Sciences - Spring 1998**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| LIT | 110 | Intro To Literary Studies | 4.00 | 4.00 | A | 16.000 |
| | REQ DESIGNATION : Freshman College Writing Requirement | | | | | |

PAGE 8 OF 12

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND    REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on blue SCRIP-SAFE® security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the institution name will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

In accordance with USC 438 (6) (4) (B) (The Family Education Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agent, or employees, will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

C.R. Nicolaysen, University Registrar

# EMORY UNIVERSITY
## OFFICE OF THE REGISTRAR • ATLANTA, GA 30322

### Official Transcript

Name: Tichenor, James Calvin
Student ID: [redacted]
Campus ID: [redacted]
Print Date: 2004-03-30
SSN: [redacted]

Page No. 2 of 3

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| MUS | 202 | Survey Of Western Music II | 4.00 | 4.00 | B | 12.000 |
| PE | 213 | Varsity Baseball | 1.00 | 1.00 | A | 4.000 |
| PSYC | 111 | Intro To Psyc II | 4.00 | 4.00 | B+ | 13.200 |
| SOC | 101 | Intro To General Sociology | 4.00 | 4.00 | B- | 10.800 |
| WRT | 999R | College Uniform Wrtng Reqmnt | | 0.00 | S | |

TERM GPA: 3.294    TERM TOTALS: 17.00  17.00    56.000
CUM GPA: 2.968    CUM TOTALS: 35.00  50.00    100.800

### Undergraduate Emory College, Liberal Arts & Sciences - Fall 1998

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ECON | 112 | Principles Of Macroeconomics | 4.00 | 4.00 | C+ | 9.200 |
| PE | 173 | Beginning Backpacking | 1.00 | 1.00 | A | 4.000 |
| PHYS | 116 | Intro Astronomy W/Lab | 4.00 | 4.00 | A- | 14.800 |
| | REQ DESIGNATION : College Writing Requirement | | | | | |
| PSYC | 210 | Adult Abnormal Behavior | 4.00 | 4.00 | B | 12.000 |
| | REQ DESIGNATION : College Writing Requirement | | | | | |
| PSYC | 213 | Child Development | 4.00 | 4.00 | C- | 6.800 |
| WRT | 999R | College Uniform Wrtng Reqmnt | | 0.00 | S | |

TERM GPA: 2.753    TERM TOTALS: 17.00  17.00    46.800
CUM GPA: 2.896    CUM TOTALS: 52.00  67.00    147.700

### Undergraduate Emory College, Liberal Arts & Sciences - Spring 1999

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ECON | 201 | Intermediate Microeconomics | 4.00 | 4.00 | A | 16.000 |
| ECON | 220 | Intro To Statistical Methods | 4.00 | 4.00 | B | 12.000 |
| ENG | 205 | Poetry | 4.00 | 4.00 | B+ | 13.200 |
| | REQ DESIGNATION : College Writing Requirement | | | | | |
| FILM | 270 | Introduction To Film | 4.00 | 4.00 | B | 12.000 |
| PE | 108 | Nautil/Cybex Train Per Fitness | 1.00 | 1.00 | A | 4.000 |
| WRT | 999R | College Uniform Wrtng Reqmnt | | 0.00 | S | |

TERM GPA: 3.365    TERM TOTALS: 17.00  17.00    57.200
CUM GPA: 3.013    CUM TOTALS: 69.00  84.00    204.900

### Undergraduate Emory College, Liberal Arts & Sciences - Fall 1999

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ECON | 420 | Econometrics | 4.00 | 4.00 | B | 12.000 |
| ECON | 490E | Econ Of Environmental Resourc | 4.00 | 4.00 | A | 16.000 |
| | REQ DESIGNATION : College Writing Requirement | | | | | |
| LIT | 201 | Maj Texts: Ancient To Medieval | 4.00 | 4.00 | B+ | 13.200 |
| | REQ DESIGNATION : College Writing Requirement | | | | | |
| MATH | 221 | Linear Algebra | 4.00 | 4.00 | A | 16.000 |
| WRT | 999R | College Uniform Wrtng Reqmnt | | 0.00 | S | |

TERM GPA: 3.575    TERM TOTALS: 16.00  16.00    57.200
CUM GPA: 3.120    CUM TOTALS: 85.00  100.00    262.100

### Undergraduate Emory College, Liberal Arts & Sciences - Spring 2000

PAGE 9 OF 12

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND        REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the institution name will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

In accordance with USC 438 7B (4) (B) (The Family Education Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

C.R. Nicolaysen, University Registrar

# EMORY UNIVERSITY
## OFFICE OF THE REGISTRAR • ATLANTA, GA 30322

### Official Transcript

Name: Tichenor, James Calvin
Student ID: [redacted]
Campus ID: [redacted]
SSN: [redacted]

Print Date: 2004-03-30

Page No. 3 of 3

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ARTHIST | 107 | Film, Video & Photography I | 2.00 | 2.00 | B+ | 6.600 |
| ECON | 212 | Intermediate Macroeconomics | 4.00 | 4.00 | C+ | 9.200 |
| ECON | 425S | Sem: Mathematical Economics | 4.00 | 4.00 | B | 13.200 |
| MATH | 250 | Foundations Of Mathematics | 4.00 | 4.00 | C- | 6.800 |

TERM GPA: 2.557   TERM TOTALS: 14.00  14.00   35.800
CUM GPA: 3.040    CUM TOTALS: 99.00  114.00   297.900

**Undergraduate Emory College, Liberal Arts & Sciences - Fall 2000**
Study Abroad in Czech Republic

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| CIPA | 999R | Academic Study Abroad Course | 4.00 | 4.00 | A | 16.000 |
| | Notes | : Czech Language eq. REES 375R | | | | |
| CIPA | 999R | Academic Study Abroad Course | 4.00 | 4.00 | A | 16.000 |
| | Notes | : Czech New Wave Cinema: Origins and Implications eq. PS 375 | | | | |
| CIPA | 999R | Academic Study Abroad Course | 4.00 | 4.00 | A | 16.000 |
| | Notes | : Script Analysis: Beginning Screenwriting | | | | |
| CIPA | 999R | Academic Study Abroad Course | 4.00 | 4.00 | B | 12.000 |
| | Notes | : Psychology of Transition and Transformation eq. POLS 385 | | | | |
| CIPA | 999R | Academic Study Abroad Course | 4.00 | 4.00 | A | 16.000 |
| | Notes | : Recent Economic Developments in the Czech Republic and Slovakia eq. ECON 390 | | | | |

TERM GPA: 3.800   TERM TOTALS: 20.00  20.00   76.000
CUM GPA: 3.169    CUM TOTALS: 119.00  134.00   373.900

**Undergraduate Emory College, Liberal Arts & Sciences - Spring 2001**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ARTHIST | 207R | Film, Video, & Photography II | 2.00 | 2.00 | S | |

TERM GPA: 0.000   TERM TOTALS: 2.00  2.00   0.000
CUM GPA: 3.169    CUM TOTALS: 121.00  136.00   373.900

**Undergraduate Emory College Career Totals**

CUM GPA: 3.169    CUM TOTALS: 121.00  136.00   373.900

End Of Transcript

PAGE 10 OF 10

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.  REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED.

This officially sealed and signed transcript is printed on blue ICR-P-SAFE security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the institution name will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

In accordance with USC 438 (B) (4) (B) (The Family Education Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents or employees, will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

C.R. Nicolaysen, University Registrar