# Organizational Relationships of Witnesses

```
┌─────────────────────────────┐
│   Office of Surface Mining  │
└──────────────┬──────────────┘
               │
┌──────────────┴──────────────┐
│  Office of Planning Analysis│
│         and Budget          │
│ Ruth Stokes, American Age 48,│
│    (Management Official)    │
└──────────────┬──────────────┘
               │
┌──────────────┴──────────────┐
│      Senior Economist       │
│      Nancy Broderick        │
│      American Age 53,       │
│    (Management Official)    │
└─────────────────────────────┘
```



06 1060

FILED
JUN - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PAGE OF

Exhibit 10