1                                    AFFIDAVIT

2                                              Location: Temple Hills, Maryland

3              I, Hadi Mehrsefat, being first duly sworn on oath make the following

4      statement freely and voluntarily to Roland Goodman who has identified himself to

5      me as an EEO Investigator, Southwind Enterprises, Inc. assigned by the Office of

6      Surface Mining to perform this investigation, knowing that this statement may be

7      used in evidence.  I understand that this statement is not confidential and may be

8      shown to any party who must have access to this information in order to carry out

9      his or her official duties.

10             This statement is given in relation to a complaint of discrimination I filed.

11             I am aware that the accepted claim in this complaint is:
12
13     *I claim I was discriminated against because of my National Origin (Iranian) and age (57)*
14     *when I was not selected for the position of Economist, GS-5/7 announced under vacancy*
15     *announcement #OSM-2004-0049.*
16
17     Q.     Please state your full name.
18
19     A.     Hadi Mehrsefat.

20     Q.     Please state your title and grade.

21     A.     Adjunct Faculty.

22     Q.     Please state the name of the agency for which you work, the organizational

23             unit to which you are assigned, and the address of your duty station.

24     A.     Strayer University, 4522 Auth Place Suitland, Maryland; Southeastern

25             University, 501 I St. S.W., Washington D C.

26     Q.     How long have you held your current positions?

Initials *(signature)*

06 1060

FILED
JUN - 9 2006
MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

PAGE 1 OF 10

Exhibit **H**

1  A.   Six years, Strayer University and 2-years Southeastern University.

2  Q.   Please state your national origin.

3  A.   Iranian.

4  Q.   Please state your age (date of birth).

5  A.   I am 57 years old.  My date of birth is March 19, 1947.

6  Q.   With regard to the Economist GS-0110-08 position advertised under Office of

7       Surface Mining Vacancy Announcement OSM-2004-0049 which grade level

8       did you apply for?

9  A.   I applied for both the 05 and 07 grades.

10 Q.   Based  on  the  requirements  and  questions  listed  in  the  vacancy

11      announcement what are your qualifications with regard to each requirement

12      and question?

13 A.   The announcement's educational requirements called for a bachelor's degree

14      with a major in economics, 22 semester hours in economics, and 3 semester

15      hours in statistics, accounting or calculus.  My qualifications are a bachelor's

16      degree in banking with a major in economics, 30 semester hours in

17      economics, and 32 semester hours in statistics, accounting or calculus, plus a

18      Master's degree in business administration.

19      The announcement also required one year of specialized experience that

20      equipped applicants with the skills to perform specific segments of analyses

21      projects, selecting using and applying standard techniques, and theories of

22      the profession; participating in facets of planning, designing and conducting

1    tests to obtain and validate data.  Listed as examples of the specialized

2    experience were individual economic research assignments requiring

3    planning, information assembly, analysis and evaluation, conclusions and

4    report preparation; supervisory or project coordination assignments

5    involving a staff of professional economists, and requiring the evaluation

6    and interpretation of economic information; or teaching assignments in a

7    college or university that included both classroom instruction subjects and

8    either personal research that produced evidence of results, direction of

9    graduate theses in economics or serving as a consultant or advisor on

10    technical economic problems.

11    Substitutes for the specialized experience were a superior academic

12    achievement, graduate education, or a combination of education and

13    experience.

14    I have two years experience as an economist in the National Government of

15    Iran in Tehran at the Ministry of Economics and Finance.  I was an entry-

16    level economist—comparable to the GS-7 position I applied for.  In this

17    position I gained the knowledge, skills and abilities to perform successfully

18    the duties of the position.  I conducted planning and designing for assigned

19    research project.  I assembled data, conducted analysis and evaluations

20    using economic tools, theories, and statistical methods leading to conclusions

21    and report preparation.

Initials $\text{\textit{cll}}$ .

1    With regard to the questions contained in the announcement, my answers

2    are represented by the circled elements on the form. I will provide a copy of

3    this form to you.

4    Q.    Are you familiar with the background of the selectee or selectees?

5    A.    No, I am not.

6    Q.    Did you participate in an interview?

7    A.    Yes.

8    Q.    Who conducted the interview?

9    A.    Ms. Ruth Stokes and Ms. Nancy Broderick.

10   Q.    How was the interview conducted?

11   A.    In person. I went to their office.

12   Q.    What questions were you asked and what were your responses to them?

13   A.    Ms Stokes asked me to summarize my education and work history. I told

14         her I have a Master's Degree in business administration and also a Bachelor's

15         Degree with 30 semester hours in economics, and 32 semester hours in

16         accounting, mathematics and statistics. I explained that I was an entry-level

17         economist in the Iranian Government. I told them that when I came to the

18         United States I started my own businesses, a restaurant, a car dealership and

19         later in 1998 a Business and Investment Consulting Firm where I provided

20         business and investment advice to my clients. I also told them that in 1998 I

21         started teaching Economics, Business and Finance courses at Strayer

PAGE 4 OF 16

Initials *Ƶ. M.*

1      University.  I also teach graduate-level courses at Southeastern University.

2      Q.     Did they ask you any other questions?

3      A.     Yes.

4
5      Q.     Were the questions they asked related to the job?

6
7      A.     Yes.  They asked a question regarding my analytical skills.  My

8      answer to this question was sufficiently comprehensive, contrary to what is

9      claimed in the fact-findings report. I told them I had been teaching

10      Economics, Business and Finance courses for more than 6-years both at

11      undergraduate and graduate levels, and that as part of my job, I am always

12      involved in problem solving and case studies related to economics and

13      business problems and issues.  Also, I stated that my previous job as a

14      business and investment consultant, I analyzed economic data like GDP

15      growth rate, changes in CPI, average weekly initial claims for

16      unemployment insurance, manufacturer's new orders, money supply,

17      interest rate spread, index of consumer expectations, and other economic

18      indicators to be able to determine different business and economic

19      conditions.  In addition, I mentioned I provided fundamental analysis,

20      financial statement and ratio analysis, and technical analysis of corporations

21      for the purpose of investment in corporate securities.

22      Another question was about my hands on computer capability.  I told them

23      it was not limited to grading my students' paper and exams, as mentioned in

24      the fact-finding report. I told them also that for the purpose of analysis and

Initials

1    in my day-to-day work I use Word, Excel, Access, accounting software, and

2    other commonly used software. Also, I informed them in my research I use a

3    variety of online databases and other Internet resources.

4    With regard to a question how I would do Data estimation methodology and

5    projecting a fourth quarter of data if only three quarters of data were

6    available; I answered we can use different methods including obtaining

7    expert opinion, business executives opinion, consulting economic indicators,

8    and using statistical methods.  Also, I said we could compare the past trend

9    for the last three quarters to determine the future estimate.  In addition, I

10    said we could compare the last three quarters forecasting data with their

11    actual data to determine if we have overestimated or underestimated our

12    prediction.  This method is quite a popular method of forecasting.

13    Q.    When and how were you informed you were not selected for the job?

14    A.    They sent me an email on August 27, 2004 stating another candidate was

15          selected for the position.

16    Q.    What did you do when you were informed you were not selected?

17    A.    I was surprised I was not selected.  I decided to make a complaint.

18    National Origin:

19    Q.    On what do you base your claim you were discriminated against because of

20          your national-origin (Iranian)?

21    A.    The 444 days hostage crisis in 1980-1981 fostered a very negative impression

22          of Iranians among Americans.  After September 11, 2001, many American

Initials

1    people remain very angry and upset with Moslems and people from the

2    Middle East and have very unfavorable view toward them.

3    Q.    Did either Ms. Stokes or Ms. Broderick give you any indication that they

4    held such views?

5    A.    No, that was what I was feeling. Their background, being white Americans,

6    may have influenced them. If you study human relations you find people

7    stereotype other people.

8    Q.    Do you know the national origin of the selectee or selectees?

9    A.    No.

10    Age:

11    Q.    On what do you base your claim that you were discriminated against

12    because of your age?

13    A    It has been a great deal of research that organizations tend to hire younger

14    people because they think older employees are less productive and less

15    flexible than younger employees and can serve for a shorter period of time.

16    Therefore, economically it is not in the benefit of the organizations to hire

17    them.

18    Q.    Do you know the age of the selectee or selectees?

19    A.    No, but I would like to find out.

20    Q.    Why would you like to know this?

21    A.    Just to know the age as well as the education and experience of that person

22    to compare his qualification with my own. Also, toward the end of the

Initials _____

1        interview the interviewers told me they mostly needed someone to do data

2        entry and pretended that the position would be a low level job for me.  Mr.

3        Gasko, who did the investigation, told me he had seen what the new

4        employee was doing in the office and that primarily he was doing data

5        entry, and not important things.  He mentioned that it is not important how

6        much you know, it is important whom you know.  He also told me that his

7        investigation revealed no discrimination against me.

8   Q.     What was your reaction to this comment?

9   A.     I was very surprised and proved to me I was really being discriminated

10       against.

11       According to the fact-finding report, my previous jobs were not related to

12       the position.  All my previous jobs have been related to this position.

13       Teaching economics and business courses for more than six years and being

14       a business and investment consultant are clearly related to the position. In

15       addition, for more than ten years I owned and managed a restaurant and a

16       car dealership.  Successful operation of a business demands economic

17       knowledge.  For example, knowledge of economic indicators, skill in

18       forecasting future sales and revenue, and a comprehensive knowledge of

19       economic trends are all skills I developed as a business proprietor.

20   Q.     What was your reaction upon being informed they mostly needed someone

21       to do data entry?

Initials _____ c/l.

PAGE 8 OF 16

1   A.   I told Ms. Stokes and Ms. Broderick that I would do data entry and anything

2        else the job required.

3   Q.   Are you qualified to do data entry?

4   A.   Yes, I have the knowledge, skills and abilities to perform data entry as well

5        as other duties of this position.

6   Q.   What do you seek in relief?

7   A.   I would like to be hired for the position and be compensated for all the lost

8        income and compensation that were offered by the job plus expenses

9        associated with making this complaint, as well as any interest that would

10       have accrued from this money.

11  Q.   Is there any thing you wish to add?

12       A. Yes, according to the fact funding report of Mr. Gasko, the Office Surface

13       Mining investigator, the interviewers mentioned that most of my answers to

14       their questions were general and vague.  One can see from the above that my

15       answers that this is not true because the answers were detailed.  At the end

16       of interview I expected them to ask me more questions, especially if my

17       answers were not clear, but they did not.

18  I have read this statement consisting of 10 pages, and I have made all the necessary

19  changes, additions or corrections, and I have signed or initialed every page.

20  I hereby declare under penalty of perjury that the foregoing statement is true,

21  correct, and complete to the best of my knowledge and belief.

22  Signature: _____

Initials _____

1    Date: _3-15-2005_____

2    Subscribed and sworn to before me this _15th_ day of _March_ 2005.

3    _Roland Goodman_____

4    EEO Investigator, Southwind

5

PAGE 10 OF 10

Initials _R.M._