April 14, 2005

NOTE

TO: Mr. Goodman

RE: Notes from Interviews for GS-5 Economist Position

Attached are the interview notes for four applicants who applied for the GS-5 Economist position. The cover note provides details on question 4 regarding problem solving. I did not delete the phone numbers of the applicants from these sheets but request that you do so if they are going to be available to others for review. Thank you.

Ruth Stokes  *Ruth Stokes*

06 1060

FILED
JUN - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PAGE 1 OF 10

Exhibit 19

# 4. PROBLEM SOLVING QUESTIONS FOR ECONOMIST CANDIDATES

Coal Industry
    Trend analysis of the coal industry and how it affects coal field residents.
    Outline OSM's respons e to the identified changes.
    How would you structure analysis to achieve these 3 goals
    #1 future coal industry
    #2 demographics of population in coal fields
    #3 organization now/future

Data Estimation Methodology
    Estimate 4th quarter data for off-site impacts and phase III bonds release acres.
    What would be the basis for your methodology/analysis?

    **OPAB conducted the following analysis – discuss as an example.
    Data collected for the first three quarters of Fiscal year 2003 (10/1/02-6-30/03). The last (fourth) quarter data estimated for the off-site impacts and phase III bond release acres using the following methodology.

*offered,*
*Not accepted*

Economist Position

Name: Matthew Brigida
Phone Number: ████████████   Date/Time of Interview 7-8-04 9am telephone

Go over OSM and the office responsibilities. Job expectations.
    We regulate surface coal mining—through oversight or direct regulation
    Staff office reporting directly to the Director
    Performance measurements, data determination, data validation and verification, analysis of data.

Questions:

1. Briefly would you summarize your work history and education for me?
   Market analyst – sold jewelry through catalogs – conducted average sales/break-even analysis; did modeling of customer base

2. Can you describe for me one or two of your most important accomplishments?
   Completed a thesis – offshoring and wage convergence/ studied abroad
   was promoted to a financial analyst within 6 months of working with a firm.

3. What special aspects of your work experience have prepared you for this job?
   See q.1 above – already answered.

4. **Problem solving:** Coal industry:
   Would look at the future supply & demand picture
   how price impacts supply
   how other resources; alternative fuels & price impact demand.

   Data estimation methodology:
   For a 4th quarter when 3 quarters of data are available,
   Would apply regression analysis.

5. Do you prefer working alone or in groups?
   both

6. Have you made any individual presentations recently?


7. What kind of writing have you done?
   financial reports (went with bluebook narratives).

   *negotiation skills*

8. Everyone has strengths and weaknesses as workers. What are your strong points for this job? What would you say are areas need improvement?
   hard worker; enjoy work; improved quantitative work; get along well with people

9. What is your long-term employment or career objective?
   a stable position in a good career.

10. ~~What things give you the greatest satisfaction at work?~~


11. May I contact your current supervisor?    Former supervisor?    Other references?
    yes, Dr Yuen         yes Steve Shen
    (see application)

---

Told applicant that there was no relocation payments. He was familiar with the area.

---

MS economics - Florida Atlantic University, April 2004
Teaching Assistant Aug 03-04
Financial Analyst
Skill in Excell, Access.

*Not offered*

## Economist Position

Name: Jonathan Hinsdman
Phone Number: ~~[redacted]~~   Date/Time of Interview  7-8  11am
                                                          via phone

Go over OSM and the office responsibilities. Job expectations.
  We regulate surface coal mining—through oversight or direct regulation
  Staff office reporting directly to the Director
  Performance measurements, data determination, data validation and verification, analysis of data.

Questions:

1. Briefly would you summarize your work history and education for me?
   *customer service oriented - grocery store - bookkeeping experience ½ million a week*   *BS in Political Sci.  MS in applied econ*

2. Can you describe for me one or two of your most important accomplishments?
   *organized several service projects - fence painting*

3. What special aspects of your work experience have prepared you for this job?
   *class last semester - community development class; how much are, oil, gas contributed to the economy. Bookkeeping - strict deadlines.*

4. Problem solving: Coal industry:
   *economy as well as the relationship w/ people how much economy is based locally - its a balance thing.*

   Data estimation methodology:
   *regression to develop potential strategies*

5. Do you prefer working alone or in groups?

   depends on what he is doing; enjoys smaller groups.

6. Have you made any individual presentations recently?

   yes, presented findings from study. Weekly basis speaking to 100 or more people.

7. What kind of writing have you done?

   15-20 page reports. One page summaries of articles

8. Everyone has strengths and weaknesses as workers. What are your strong points for this job? / What would you say are areas need improvement?

   dedicated; enjoy working   perfectionist
   work well w/ people        done right; all the time.

9. What is your long-term employment or career objective?

   career — knowledge; long term & stability

10. ~~What things give you the greatest satisfaction at work?~~

    Scott Campbell ▓▓▓▓▓

11. May I contact your current supervisor?    Former supervisor?    Other references?

Utah State U — Economics  April 2004
Olive Garden — worked Feb 04 – present
Macey's  May 2000 – Feb 04
Bookkeeper 2001-2004 — ? where? Macey's?

Economist Position

Name: Hadi Mahroofat

Phone Number:                          Date/Time of Interview 7-9 10:30 am

Go over OSM and the office responsibilities. Job expectations.
    We regulate surface coal mining—through oversight or direct regulation
    Staff office reporting directly to the Director
    Performance measurements, data determination, data validation and verification, analysis of data.

Questions:

1. Briefly would you summarize your work history and education for me?
   *currently at Strayer University; PhD from Tehran; discussed entrepreneurial activities – restaurant; car dealership.*

2. Can you describe for me one or two of your most important accomplishments?
   *opening a restaurant
   car dealership*

3. What special aspects of your work experience have prepared you for this job?
   *(refer to question 1 – establishment of restaurant and car dealership)*

4. <u>Problem solving:</u> Coal industry:
   *Would look at competing industries to see what market would be.*

   Data estimation methodology:
   *Use projections – go back and look at projections versus reality.*

5. Do you prefer working alone or in groups?
   *as a team member*

6. Have you made any individual presentations recently?
   *yes, teaching*

7. What kind of writing have you done?

8. Everyone has strengths and weaknesses as workers. What are your strong points for this job? What would you say are areas need improvement?
   *analytical — problem, need to find a solution*   *spend too much time on details — more than time allowed.*

9. What is your long-term employment or career objective?
   *economist position is probably last career.*

~~10. What things give you the greatest satisfaction at work?~~
   *offered a stack of student evaluations to us for review.*

11. May I contact your current supervisor?    Former supervisor?    Other references?
    *Dr Paul Brown*
    ████████

---

*Master Degree — University of Scranton 1978*
*MBA — finance*
*Faculty at Strayer University 1998–pres.*
*Security Analyst — HA Investments 1998–2001*

Economist Position

Name: James Tichenor

Phone Number:                              Date/Time of Interview 7-29-04; 10:30 am

Go over OSM and the office responsibilities. Job expectations.
  We regulate surface coal mining—through oversight or direct regulation
  Staff office reporting directly to the Director
  Performance measurements, data determination, data validation and verification, analysis of data.

Questions:

1. Briefly would you summarize your work history and education for me?
   Provided copy of resume. Work experience in Peace Corps. Education at Emory University in GA.

2. Can you describe for me one or two of your most important accomplishments?
   Volunteer work in Ukraine -- he started a self-help group for families that is still active. He created a website so that others could see the work being done and share information.

3. What special aspects of your work experience have prepared you for this job?
   (refer to question 2 accomplishments)

4. <u>Problem solving:</u>  Coal industry:
   Would look at the community and environmental issues/problems. Are operations occurring in poor areas? Would assess community needs; look at economic gain for current and future.
   Data estimation methodology: (Need quarter of data to estimate full year) Would conduct statistical modelling.
   Would depend on the quarter of data being needed. Would look at business demands, other energy demands, labor, wages and outputs to see where there are fluctuations.

PAGE 9 OF 10

5. Do you prefer working alone or in groups?
   *doesn't matter — does well in groups.*

6. Have you made any individual presentations recently?
   *at workshops and conferences*

7. What kind of writing have you done?
   *grant proposals. outlined steps and goals. received grant.*

8. Everyone has strengths and weaknesses as workers. What are your strong points for this job? What would you say are areas need improvement?
   *versatility — adapts to different situations; picks up new skills easily; critical thinking — detail oriented; ~~teamwork~~*
   *more practical experience in economics.*

9. What is your long-term employment or career objective?
   *next 5 years — master degree.*

10. ~~What things give you the greatest satisfaction at work?~~

11. May I contact your current supervisor?    Former supervisor?    Other references?
    *reference letter provided with contact information.*