# AFFIDAVIT

Location: Washington DC

I, Ruth Stokes, being first duly sworn on oath make the following statement freely and voluntarily to Roland Goodman who has identified himself to me as an EEO Investigator, Southwind Enterprises, Inc. assigned by the Office of Surface Mining to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who must have access to this information in order to carry out his or her official duties.

This statement is given in relation to a complaint of discrimination filed by Hadi Mehrsefat.

*I am aware that the accepted claim in this complaint is:*

*Mr. Mehrsefat claims he was discriminated against because of his National Origin (Iranian) and age (57) when he was not selected for the position of Economist, GS-5/7 announced under vacancy announcement #OSM-2004-0049.*

Q   Please state your full name.

A   Ruth Ellen Stokes.

Q   Please state your title and grade.

A   Chief, Planning Analysis and Budget Office, GS-? SES-?

Q   Please state the name of the agency for which you work, the organizational unit to which you are assigned, and the address of your duty station.

A   Office of Surface Mining Reclamation and Enforcement, Office of Planning Analysis and Budget; 1951 Constitution Avenue NW, Washington DC.

Initials ____

Page 1 of 5

| | | |
|---|---|---|
| 1 | Q | How long have you held your current position? |
| 2 | A | Two years and 2-months. |
| 3 | Q | Please state your national origin. |
| 4 | A | American. |
| 5 | Q | Please state your age (date of birth). |
| 6 | A | 48. |
| 7 | Q | Please identify your first and second level supervisors by name and title. |
| 8 | A | My first line supervisor is Glenda Owens, Deputy Director, Office of Surface |
| 9 | | Mining and Reclamation. My second line supervisor is Jeff Jarret, Director, |
| 10 | | Office of Surface Mining and Reclamation. |
| 11 | Q | What is your organizational relationship to Complainant? |
| 12 | A | None. |
| 14 | Q | What was your role in the staffing action pertaining to the position of Economist GS-5/7 announced under OSM Vacancy Announcement #OSM-2004-0049? |
| 18 | A | I was the selecting official. |
| 20 | Q | How did you come about this role? |
| 22 | A | The person would work directly for me. |
| 24 | Q | How many persons were selected? |
| 26 | A | One. |
| 28 | Q | Did you conduct interviews of the applicants? |
| 30 | A | Yes. |
| 32 | Q | How many persons did you interview? |

Initials ____

| | | |
|---|---|---|
| 1 | A | All together I think about 13 individuals. I interviewed all of the persons on |
| 2 | | the GS-5 certification list, at least 4 on the Gs-7 list and about 4 on the GS-9 |
| 3 | | list. Mr. Mehrsefat applied for the GS 5/7 positions but his name was on |
| 4 | | only the GS-5 certification list provided by personnel. |
| 6 | Q | How were the interviews conducted? |
| 8 | A | All the locals except one were interviewed in person. I pretty much gave |
| 9 | | them the choice and one local applicant chose to be interviewed by phone. |
| 10 | | Those out of town were interviewed by phone. |
| 12 | Q | Did you take any notes of the interview sessions? |
| 14 | A | Yes. |
| 16 | Q | What did you do with them? |
| 18 | A | I used them as a supplement to the application. I looked at them to make |
| 19 | | comparisons of the responses. I usually keep them. I am not required to |
| 20 | | turn them in to personnel. |
| 22 | Q | Do you have the notes from the interviews of those on the GS-5 certification |
| 23 | | list? |
| 25 | A | Yes. |
| 27 | Q | Will you please provide me a copy of them for inclusion in the record? |
| 29 | A | Yes. |
| 31 | Q | What were you looking for in a candidate for the GS-5 position? |
| 33 | A | It is an entry-level position with the potential for progressing to GS-12. I was |
| 34 | | looking for someone who could come in and be trained. I wanted someone |
| 35 | | who could pull together data and analyze it, not someone knowing a lot. |
| 36 | | Nancy Broderick, our senior Economist would be training the person. |
| 38 | Q | What criteria did you use in your determination that the selectee was the |
| 39 | | person for the GS-5 position? |
| 41 | A | Educational requirements, skills to collect and analyze data, and a person's |
| 42 | | ability to grow in the position. |
| 44 | Q | What do you mean by ability to grow in the position? |

| | | |
|---|---|---|
| 1 | A | A person who basically would take direction and see this as a learning |
| 2 | | process to further develop their skills and see it as a career. Someone doing |
| 3 | | hands on work and following directions. |
| 5 | Q | What is the relationship of the criteria you used to the position? |
| 7 | A | Entry level, trainee and data analysis and collection as the beginning of the |
| 8 | | process. |
| 10 | Q | With regard to the criteria you used, will you compare the Complainant and |
| 11 | | selectee, stating which was the candidate against each criterion, with |
| 12 | | examples for your reasons leading to your conclusions? |
| 14 | A | Both met the educational requirements. |
| 16 | | The selectee had conducted surveys and completed grant proposals |
| 17 | | outlining steps and goals. He had recent data base management experience |
| 18 | | and current computer applications. He did not have a whole lot of |
| 19 | | experience and would be at the entry level. |
| 21 | | The Complainant was an instructor. I do not recall his relating data base |
| 22 | | information other than in grading his papers. For a trainee position he was |
| 23 | | already above the level of what we were looking for. The main thing was |
| 24 | | who would fit best for the position. |
| 26 | Q | Will you summarize why Complainant was not selected? |
| 28 | A | Because I felt the selectee was better qualified to do the level of work at the |
| 29 | | trainee level. |
| 31 | Q | Will you summarize why the selectee was selected? |
| 33 | A | The same reason why the Complainant was not. I felt he was the better |
| 34 | | qualified to work at the trainee level. |
| 36 | Q | Do you feel that the Vacancy Announcement properly describes the job? |
| 38 | A | In it, it says trainee and collecting data. It makes it clear to me that is what |
| 39 | | we were looking for, someone to work with a senior level person. |
| 41 | Q | Do you have anything you wish to add? |
| 43 | A | I feel I hired the best-qualified person. I did not discriminate based on |
| 44 | | Complainant's national origin or age. |

Initials ____                                                                                                          Page 4 of 5

1      I have read this statement consisting of 5 pages, and I have made all the

2     necessary changes, additions or corrections, and I have signed or initialed every

3     page.

4      I hereby declare under penalty of perjury that the foregoing statement is

5     true, correct, and complete to the best of my knowledge and belief.

6     Signature: _____

7     Date: _____

8     Subscribed and sworn to before me this ____ day of _____ 2005.

9     _____

10    EEO Investigator, Southwind

11    Or

12    _____

13    Notary Public

14    My commission expires: _____

15

16