## **REJOINDER**

Pursuant to instructions by Mr. John Goodman, the EEO Investigator, I, Hadi Mehrsefat, Complainant, file this rejoinder to the affidavits filed by Ms Ruth Stokes and Ms Nancy Broderick.

The affidavits[1] corroborate my contention of age discrimination. They do not undermine the contention of nationality-based discrimination.

I had applied for the GS 5/7 positions, while the personnel had certified me for the GS-5 position.[2] I am/was prepared to take the GS-5, entry-level, trainee position as indicated in my interview and evidenced by the complaint. Yet, the selectee was found to better qualified than me on the ground that he was a lot less experienced, i.e., was a lot younger. The Vacancy Announcement describes that "..As a *trainee*, incumbent [of the GS-5 position will assist ..". It does not say that age or experience impedes ability to be trained or disqualifies an applicant for the trainee position.

Let us examine the affidavits, starting with that of Ms Broderick. Her affidavit indicates that she did not have any meaningful role in the selection process. Ms. Broderick claims that, as a Senior Economist with extensive experience in data analysis, his role was to ask two questions related to quantitative data analysis in the interviews of 12 of the 13 job applicants.[3] She claims that selectee was selected because she " ...*thought* he [i.e., the selectee] was the *best qualified*. Ms Stokes *asked* for [her] opinion".[4] Later on, however, Ms Broderick states that: "... [she] *was not aware of* [the selectee's] *qualifications*. [She] was *not* in the office at the time [the selectee] came in for the interview....Ms Stokes *related* [the selectee's] *qualifications and experience* " to her.[5]

Ms Broderick role in the 12 interviews had been to assess and compare the applicants' proficiency in quantitative data analysis.[6] She had found my answer to her question "vague"[7] – not meriting follow-up questions for clarification. Yet, when "*asked*" by Ms Stokes, she did not hesitate to respond that the selectee "was the best qualified", even though she had not met or interviewed the selectee at the time she was rendering her verdict!

---

[1] See Ms Stokes' Affidavit (hereinafter, Stokes) and Ms Broderick's Affidavit (hereinafter, Broderick).
[2] Stokes, page 3, lines 3-4.
[3] Broderick, page 2 lines 22-23 and 27, and page 3, lines 11-12.
[4] Broderick, page 3, line 42.
[5] Broderick, page 4, lines 25-26 and 30-31.

[6] Broderick, page 2 lines 22-23, 27; page 3, lines 11-12.
[7] See Ms. Broderick's affidavit, page 4, line 4.

1

Let us proceed to Ms Stokes' affidavit. She introduces herself as the "Chief, Planning..." and "the selecting official".[8] The selectee is introduced as "the person who would *work directly*" for Ms Stokes, and the Senior economist as someone who "would be *training*" the selectee.[9] On the other hand, the Vacancy Announcement states that " ...as a trainee, the incumbent will *work directly* with the Senior economist ..."

As per her affidavit, Ms Stokes had "felt" that I was less "qualified to work at the *trainee* level" than the selectee.[10] When asked what criteria led her to regard the selectee better qualified for the job than me, Ms Stokes states that the selectee "...*did not have a whole lot of experience and would be qualified at the entry level*....[While] *for a trainee position* [I] *was already above the level of what* [she was] *looking for*."[11] According to Ms. Stokes, the less experienced and, hence, younger an applicant, the more qualified he/she is for an "entry level, trainee ... at the beginning of the process".[12] According to her, the younger and less experienced individuals "would fit best for the [entry level, trainee] positions"[13] in the Federal Government. And, she has implemented such views in the selection of the selectee over me for the GS-5 position.

The affidavits, aside from the expected disclaimers[14], do not contain any indication to undermine my contention that my nationality may have been an additional factor in my non-selection for the GS-5 level position.

---

[8] Stokes, page 1, line 22 and page 2 line 18.
[9] Stokes, page 2, line 22, and page 3, line 36.
[10] Stokes, page 4, lines 28-29 and 33-34.
[11] Stokes, page 4, lines 18-19 and 22-23.
[12] Stokes, page 4, lines 7-8.
[13] Stokes, page 4, lines 23-24.
[14] See Stokes, page 4, line 43-44. Also, see Broderick, page 5, line 1.

2