1      **ADDENDUM**

2      This statement forms an addendum to my affidavit signed and

3      dated March 15, 2005. I, Hadi Mehrsefat, understand I am still under

4      oath.

5      This rebuttal is submitted with regarded to management's statements and

6      actions pertaining to my non-selection.

7      First, it is significant that Personnel rated me as the highest of all of the

8      applicants on the Staging Area Applicant Listing with a score of 97.48.

9      This rating is derived at from the composite qualities sought for the

10     position. The selectee's score of 96.34 placed him 4th among the top 5

11     candidates while I was number 1.

12     The selectee's experience is not in economics. His resume outlines

13     experience as a Peace Corps Volunteer social worker, and with IRS in a

14     government sponsored work program with the DC Public Schools,

15     designing IRS' employee Internet website, and informing displaced

16     workers of job openings and training opportunities.

17     This experience does not come close to my documented experience in the

18     record of extensive work in economics as an economist, business owner

19     and professor.

20     The same applies to comparing my education with that of the selectee.

21     The record reflects I have more economics and economics related

Exhibit 16

Page 1 of 4

1  courses than he. Additionally I have a Masters degree and he does not

2  have one.

3  Ignoring my superior qualifications with regard to experience and

4  education Ms. Stokes made the selection based on something else.

5  She states she was looking for an entry-level person not knowing a lot

6  who would be trained by the senior economist. She discarded the

7  significance of the experience and qualifications specified for the position

8  in the announcement and found the selectee better qualified than me on

9  the grounds that he was a lot less experienced, i.e. a lot younger.

10 When asked what criteria led her to regard the selectee better qualified

11 for the job than me she stated the selectee "did not have a whole lot of

12 experience and would be at the entry level" and that I "was already

13 above the level of what we were looking for". It is described in the

14 Vacancy Announcement only that " As a *trainee*, incumbent of the GS-5

15 position will assist". It does not say that experience or education

16 impedes ability to be trained or disqualifies an applicant for the trainee

17 position.

18 Thus, it is Ms. Stokes' belief the less experienced and, hence, younger an

19 applicant, the more qualified he/she is for an entry-level trainee.

20 According to her, the younger and less experienced and educated

21 individuals fit best for entry-level trainee positions in the Federal

1  Government and she has implemented these views in selecting the
2  selectee over me for the GS-5 position.
3  Ms. Broderick's statement substantiates she did not have any meaningful
4  role in the selection process. She states as the senior Economist her role
5  was to ask 2 questions related to quantitative data analysis. When asked
6  to summarize why the selectee was selected she stated "I thought he was
7  the best qualified" and "Ms. Stokes asked for my opinion". However,
8  significantly when asked what criteria did she use in determining that the
9  selectee was the best qualified, she said, "I was not aware of his
10 qualifications. I was not in the office at the time he came in for
11 interview". When asked how did she determine the selectee was the best
12 qualified for the job she stated, "Since I did not personally participate in
13 the interview, Ms. Stokes related his qualifications and experience".
14 Thus, the Senior Economist who in the vacancy announcement is
15 identified as the person who the selectee would work directly with and be
16 trained by had no meaningful role in the selection.
17 Notwithstanding my number 1 rating by personnel based on my
18 experience and education and my answering the questions asked during
19 the interview I was not selected. Ms. Broderick's contention that my
20 answers were vague and I did not have enough hands on computer skills
21 and Ms Stokes' that she did not recall me relating data base information
22 are pretexts to disguise their discriminatory actions. My experience in all



1   areas of the job requirements is clear in the record. They had access to

2   this information and ample time to ask for clarification during the

3   interview.

4   The record is clear on 2 points. That I was the best qualified for the

5   position and the reasons expressed for my non-selection by Ms. Stokes

6   and Ms Broderick are circumspect. Cleary, I was discriminated against

7   because they wanted someone of a nationality other than Iranian and of

8   an age other than 57-years. The record and their statements corroborate

9   my contentions of national origin and age discrimination.

10  I have read this statement consisting of 4 pages, and I have made all the

11  necessary changes, additions or corrections, and I have signed or initialed

12  every page and hereby declare under penalty of perjury that the foregoing

13  statement is true, correct, and complete to the best of my knowledge and

14  belief.

15  Signature: _Saadi Mohseni_

16  Date: _4/8/05_

17      Subscribed and sworn to before me this _5th_ day of

18  _April_ 2005

19  _[signature]_

20  EEO Investigator, Southwind