|   |   |
|---|---|
| 1 | **AFFIDAVIT** |
| 2 | Location: Washington DC |

3  I, Ruth Stokes, being first duly sworn on oath make the following statement

4  freely and voluntarily to Roland Goodman who has identified himself to me as an

5  EEO Investigator, Southwind Enterprises, Inc. assigned by the Office of Surface

6  Mining to perform this investigation, knowing that this statement may be used in

7  evidence. I understand that this statement is not confidential and may be shown to

8  any party who must have access to this information in order to carry out his or her

9  official duties.

10  This statement is given in relation to a complaint of discrimination filed by

11  Hadi Mehrsefat.

12  *I am aware that the accepted claim in this complaint is:*

14  *Mr. Mehrsefat claims he was discriminated against because of his National Origin (Iranian)*
15  *and age (57) when he was not selected for the position of Economist, GS-5/7 announced*
16  *under vacancy announcement #OSM-2004-0049.*

18  Q   Please state your full name.

20  A   Ruth Ellen Stokes.

21  Q   Please state your title and grade.

22  A   Chief, Planning, Analysis and Budget Office, GS-15.

23  Q   Please state the name of the agency for which you work, the organizational

24  unit to which you are assigned, and the address of your duty station.

25  A   Office of Surface Mining Reclamation and Enforcement, Office of Planning,

26  Analysis and Budget; 1951 Constitution Avenue NW, Washington DC.

Initials RES

Page 1 of 6

Exhibit 17

| | | |
|---|---|---|
| 1 | Q | How long have you held your current position? |
| 2 | A | Two years and 2-months. |
| 3 | Q | Please state your national origin. |
| 4 | A | American. |
| 5 | Q | Please state your age (date of birth). |
| 6 | A | 48. |
| 7 | Q | Please identify your first and second level supervisors by name and title. |
| 8-10 | A | My first line supervisor is Glenda Owens, Deputy Director, Office of Surface Mining and Reclamation. My second line supervisor is Jeffrey Jarrett, Director, Office of Surface Mining and Reclamation. |
| 11 | Q | What is your organizational relationship to Complainant? |
| 12 | A | None. |
| 14-16 | Q | What was your role in the staffing action pertaining to the position of Economist GS-5/7 announced under OSM Vacancy Announcement #OSM-2004-0049? |
| 18 | A | I was the selecting official. |
| 20 | Q | How did you come about this role? |
| 22 | A | The person would work directly for me. |
| 24 | Q | How many persons were selected? |
| 26 | A | One. |
| 28 | Q | Did you conduct interviews of the applicants? |
| 30 | A | Yes. |
| 32 | Q | How many persons did you interview? |

Initials (illegible)

| | | |
|---|---|---|
| 1 | A | All together 13 individuals. I interviewed 4 of the persons on the GS-5 |
| 2 | | certification list, 6 on the GS-7 lists and 3 on the GS-9 lists. Mr. Mehrsefat |
| 3 | | applied for the GS 5/7 positions but his name was only on the GS-5 |
| 4 | | certification list provided by personnel. |
| 5 | | |
| 6 | Q | How were the interviews conducted? |
| 7 | | |
| 8 | A | All the local applicants, except one, were interviewed in person. I gave the |
| 9 | | local applicants the choice of a telephone or in-person interview, and one |
| 10 | | local applicant chose to be interviewed by phone. The out-of-town *[added]* |
| 11 | | applicants were interviewed by phone. |
| 12 | | |
| 13 | Q | Did you take any notes of the interview sessions? |
| 14 | | |
| 15 | A | Yes. |
| 16 | | |
| 17 | Q | What did you do with them? |
| 18 | | |
| 19 | A | I used them as a supplement to the application. I looked at them for |
| 20 | | additional information to the questions on the application. During the |
| 21 | | interview, the applicant was also asked two problem solving questions that *[added]* |
| 22 | | apply to our work, and that discussion was helpful in seeing how the |
| 23 | | applicant would apply economic concepts to a situation. I referred to my |
| 24 | | notes during the review of the applicants and to refresh my memory on |
| 25 | | his/her responses during the interviews. I usually keep the notes until the |
| 26 | | interview and selection processes are completed. I am not required to turn |
| 27 | | them in to personnel. |
| 28 | | |
| 29 | Q | Do you have the notes from the interviews of those on the GS-5 certification |
| 30 | | list? |
| 31 | | |
| 32 | A | Yes. |
| 33 | | |
| 34 | Q | Will you please provide me a copy of them for inclusion in the record? |
| 35 | | |
| 36 | A | Yes. |
| 37 | | |
| 38 | Q | What were you looking for in a candidate for the GS-5 position? → *who could come in and be trained* |
| 39 | | |
| 40 | A | It is an entry-level position with the potential for progressing to a GS-12 |
| 41 | | level. I was looking for someone who had the basic skills to do the job and  *Not* |
| 42 | | would grow in the position. The position at this level required someone who *someone* |
| 43 | | would be working directly with a Senior economist and assisting in *who knows* |
| 44 | | components of pulling together data for various economic analyses and *a lot* |

Initials _RES_                                                                                                                                           Page 3 of 6

|  |  |  |
|---|---|---|
| 1 |   | studies. The initial work would involve collecting detailed information from |
| 2 |   | internal sources and assisting in statistical validation activities. Nancy |
| 3 |   | Broderick, our Senior Economist, would be mentoring and training the |
| 4 |   | individual selected. |
| 5 |   |  |
| 6 | Q | What criteria did you use in your determination that the selectee was the |
| 7 |   | person for the GS-5 position? |
| 8 |   |  |
| 9 | A | Educational requirements, skills to collect and analyze data, ability to apply |
| 10 |   | economic principles to our work, and a person's ability to grow in the |
| 11 |   | position. Also, it was important to have someone who had basic skills to |
| 12 |   | organize the data in electronic format for analysis work. |
| 13 |   |  |
| 14 | Q | What do you mean by ability to grow in the position? |
| 15 | A | A person who basically would take direction and see this as a learning |
| 16 |   | process to further develop his/her skills and see it as a career. Someone |
| 17 |   | doing hands-on, detailed work of gathering data as the basis for further |
| 18 |   | economic analysis. → and following direction |
| 19 |   |  |
| 20 | Q | What is the relationship of the criteria you used to the position? |
| 21 |   |  |
| 22 | A | Entry level, trainee and data analysis and collection as the beginning of the |
| 23 |   | process. Skills to apply economic concepts to our work and in the |
| 24 |   | organization of data so that it can be used for analyses are also key criteria. |
| 25 |   |  |
| 26 | Q | With regard to the criteria you used, will you compare the Complainant and |
| 27 |   | selectee, stating which was the candidate against each criterion, with |
| 28 |   | examples for your reasons leading to your conclusions? |
| 29 |   |  |
| 30 | A | Both met the educational requirements. |
| 31 |   |  |
| 32 |   | The selectee had demonstrated ability in data collection and methodology; |
| 33 |   | recent database management experience to organize the data; and current |
| 34 |   | computer applications that would enable analysis of data. He demonstrated |
| 35 |   | knowledge of economic concepts. He conducted surveys and completed |
| 36 |   | grant proposals outlining steps and goals. His skills would be at the entry |
| 37 |   | level. He did not have whole lot of experience |
| 38 |   |  |
| 39 |   | The Complainant was a current professor at Strayer University and taught |
| 40 |   | economics. I do not recall his relating data base information other than in |
| 41 |   | grading student papers. His experience was very accomplished, but not |
| 42 |   | related to data collection and data base management skills at an entry level. |
| 43 |   | For a trainee position he was already |
| 44 |   | above the level of what we were looking for, The man think was fit best |

Initials BCS                                                Page 4 of 6

| | | |
|---|---|---|
| 1 | Q | Will you summarize why Complainant was not selected? |
| 3 | A | Because he was not the best qualified for the GS-5 position. |
| 5 | Q | Will you summarize why the selectee was selected? |
| 7 | A | He was the best qualified for the position. He had the skills set at the appropriate level. |
| 10 | Q | Do you feel that the Vacancy Announcement properly describes the job? |
| 12 | A | Yes, it clearly states that this is a trainee position and the individual will be assisting senior level economists and analysts in his/her work. It also states that in addition to assisting in economic analyses and cost/benefit studies, the individual collects detailed information from internal sources and assists in data gathering and statistical validation activities needed to support results contained in evaluation reports. |
| 19 | Q | Do you have anything you wish to add? |
| 21 | A | I feel I hired the best-qualified person for the position. I did not discriminate based on Complainant's national origin or age. |

Initials *RES*

1    I have read this statement consisting of 6 pages, and I have made all the

2    necessary changes, additions or corrections, and I have signed or initialed every

3    page.

4    I hereby declare under penalty of perjury that the foregoing statement is true,

5    correct, and complete to the best of my knowledge and belief.

6    Signature: *Ruth Ellen Stokes*

7    Date: *April 14, 2005*

8    Subscribed and sworn to before me this *14th* day of *April* _____ 2005.

9    *Roland Gardner*

10    EEO Investigator, Southwind

11    Or

12    _____

13    Notary Public

14    My commission expires: _____

15

16

Initials *RES*