Subj: **Record of communications**
Date: 4/19/2005 8:04:06 A.M. Pacific Daylight Time
From: HMehrsefat
To: ronaldgoodman@earthlink.net

Dear Mr. Goodman

Following our conversation of this morning, I would like to highlight the jest of our contacts and communications over the past five weeks.

- On March 10th, pursuant to your invitation, in your house, I was interviewed by you regarding my claim of age/nationality discrimination in recent recruitment by the Department of Interior.

- On March 15th, in your house and per your invitation, I signed an affidavit that you had prepared based on our conversation of March 10th.

- On March 24th, attached to an email, you forwarded affidavits by Ms Stokes and Ms Broderick for my comments and rejoinders.

- On April 4th, per your invitation, I submitted a one-page note, entitled "Rejoinder", regarding affidavits by Ms Stokes and Ms Broderick. The Rejoinder proved that Ms Stokes and Ms Broderick did engage in age discrimination by drawing directly from their affidavits. This, the Rejoinder did by my making direct quotations from the affidavit with page and line references.

- A couple of days after April 4th, you showed me a note, entitled "Addendum", that you had prepared on my behalf and based on my Rejoinder of April 4th. I signed the Addendum partly out of respect for you, but also because the substance of the Addendum was consistent with that of the Rejoinder. The Rejoinder had page and line references to the affidavits by Ms Stokes and Ms Broderick, the Addendum did not.

- On April 15th, in a telephone conversation, you informed that Ms Stokes, has changed parts of her affidavit and invited me to come to your house on Monday, April 18th, and re-draft my Addendum. The information was so shocking and irregular that I did not turn down your invitation immediately.

- Yesterday morning I called to inform you that I was not going to show-up in your house to redraft my Addendum; that as far as I was concerned Ms Stokes' affidavit was what I was supplied with March 24th; and that my reactions to the affidavits were none other

Wednesday, May 11, 2005 America Online: HMehrsefat

19

than those in the Rejoinder or the Addendum.

- In our telephone conversation of yesterday morning, you suggested that there was nothing wrong with Ms Stokes changing her affidavit. I respectfully disagreed. You claimed that you were going to prepare a report of your investigation based on Ms Stokes revised affidavit that I am yet to see.

Please do let me know if your records and recollections are different from those of mine.

Best Regard,
Hadi Mehrsefat

April 19, 2005

Wednesday, May 11, 2005 America Online: HMehrsefat