The Director,  
Office of Civil Rights,  
Department of the Interior,  
Office of the Secretary,  
1849 C Street N.W. room 5214  
Washington D.C. 20240

June 30th, 2005

### Request for final decision (LSM – 05-02)

Dear Director,

    I hereby request a final decision on my complaint of discrimination against the Office of Surface Mining Reclamation and Enforcement on which the Report of Investigation (ROI) was issued on June 8th, 2005.

    To facilitate your consideration, I also would like to draw your attention to a few egregious flaws in the Report of Investigation. The flaws are set out in an email, dated 04/19/05, that I addressed to Mr. Goodman, the investigator, and attached as Annex #1. As indicated in the email, Mr. Goodman asked me to prepare comments or rejoinder on affidavits by Ms. Stokes and Ms. Broderick (Annexes #2 and #3). On April 4th, I submitted a note, entitled "Rejoinder", containing my comments on the affidavits. (Annex #4). A couple of days later, Mr. Goodman asked me to sign a note entitled "Addendum" that he had prepared on my behalf and that was substantially based on the Rejoinder. I signed the "Addendum", on Mr. Goodman's presence, on 04/08/05. (See Exhibit 05-1 in the ROI). On April 15, Mr. Goodman informed me that Ms Stokes has changed parts of her affidavit, and asked to re-draft my "Addendum". I objected to changes in the affidavits, and declined to redraft my affidavits. Mr. Goodman failure to include Annexes 1-4 in the ROI is injurious to my case. In particular, I draw attention to the following discrepancies in the affidavits:

(i) Ms. Broderick's affidavit produced as Exhibit 07 in ROI, unlike that attached as Annex #3, is signed and dated March 24th.
(ii) Ms. Stokes' affidavit produced as Exhibit 06 is signed and dated on April 14th, and is substantially different from that attached as Annex #2.

20

Thank you in advance.

Sincerely,

*[signature]*

Hadi Mehrsefat

Enclosures: 14

CC: Ms. Delores Webster, Complaint Manager