IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADI MEHRSEFAT<br>6200 Westchester Park Dr., Apt. #815<br>College Park, MD 20740<br><br>               Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>RUTH ELLEN STOKES, Chief,<br>Office of Planning, Analysis and<br>Budget Office of Surface Mining,<br>U.S. Department of the Interior<br>1951 Constitution Ave., N.W.<br>Washington, D.C. 20240<br><br>NANCY ROBERTSON BRODERICK,<br>Sr. Economist, Office of Surface Mining<br>1951 Constitution Ave., N.W.<br>Washington, D.C. 20240<br><br>ROLAND GOODMAN,<br>Investigator, Southwind<br>1804 N. George Mason Drive<br>Arlington, VA 22205<br><br>               Defendants. | Civil Action No: 06-1060 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of the Court is respectfully requested to enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for federal defendants in the above-captioned case.

Respectfully submitted,

*/s/ Wyneva Johnson*
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by First-Class mail; postage prepaid to:

HADI MEHRSEFAT
6200 Westchester Park Dr.,
Apt. #815
College Park, MD 20740

on this 20th day of July, 2006.

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224