IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADI MEHRSEFAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1060(HHK) |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, Secretary, ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**

Pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, Defendant hereby requests leave to file its Motion for Summary Judgment in the above-referenced case. Defendant submits that good cause exists to grant the motion. Plaintiff could not be reached to ascertain his views on the filing of this motion.

Defendant's response to the complaint was due on September 1, 2006. On July 31, counsel prepared an enlargement of time and requested an extension of time until September 8, 2006 to respond to the Complaint. Counsel also called plaintiff to ascertain his views on the motion but was unable to reach him. Through an inadvertence, the enlargement was not filed on July 31, 2006. Counsel was on leave on September 1 and September 5, 2006. Counsel did not learn until September 7, 2006, that the motion drafted on July 31, 2006 was not filed.

Counsel regrets the inconvenience to the Court and to plaintiff and requests that the Motion for Summary Judgment filed herewith, be accepted for filing.

                                Respectfully submitted,

                              __/s/_____
                              KENNETH L. WAINSTEIN, D.C. Bar # 451058
                              Assistant United States Attorney


                              __/s/_____
                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney


                              __/s/_____
                              WYNEVA JOHNSON, DC Bar #278515
                              Assistant United States Attorney
                              Judiciary Center Bldg.
                              555 4th Street, N.W., Civil Division
                              Washington, D.C. 20530
                              (202) 514-7224

OF COUNSEL:
William Buckley
Attorney
Branch of Personnel Litigation and Civil Rights
Solicitor's Office
Department of the Interior

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing was served by mail, postage prepaid, to:

HADI MEHRSEFAT  
6200 Westchester Park Drive  
Apartment 815  
College Park, MD 20740  
(301) 345-0478  
PRO SE


on this _____day of September, 2006.



                                                                _____  
                                                                WYNEVA JOHNSON  
                                                                Assistant United States Attorney  
                                                                Judiciary Center Building, Room 10-810  
                                                                555 4th Street, N.W.  
                                                                Washington, DC  20530  
                                                                (202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORA BANKS, )<br>)<br>   Plaintiff, )<br> 5. )<br>) <br>) <br>ANN VENEMAN, Secretary, )<br> U.S. Department of Agriculture )<br>)<br>   Defendant. )<br>) | Civil Action No. 99-3382 (JR) |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File, Defendant's Opposition thereto, and for good cause shown, it is this _____ day of _____ 2002,

ORDERED, that Defendant's Motion should be, and hereby is GRANTED; and it is

FURTHER ORDERED, that Defendant shall have up to and including_____ July, 2002 to file its.

                 _____
                 UNITED STATES DISTRICT JUDGE

**Attorney for Defendant:**
Wyneva Johnson
Assistant United States Attorney
Judiciary Center Bldg., Room 10-810
555 4th Street, N.W.
Washington, D.C. 20530

**Plaintiff Pro Se:**
Nora E. Banks
5117 Cranmer Way
Capitol Heights, MD 20743