
USAJOBS is the official job site of the United States Federal Government.
It's your one-stop source for Federal jobs and employment information.

"WORKING FOR AMERICA"

| HOME | SEARCH JOBS | MY USAJOBS | FORMS |



**U.S. DEPARTMENT OF THE INTERIOR**
**Office of Surface Mining**

Vacancy Announcement

Office of Surface Mining

**PLEASE READ ALL INFORMATION CAREFULLY**

POSITION: Economist GS-0110-05 / 07 (bg) (DEU)

ANNOUNCEMENT NUMBER: OSM-2004-0049
SERIES & GRADE: GS-0110-05/07
SALARY RANGE: 27597 - 44439
PROMOTION POTENTIAL: 12
OPENING DATE: 04/30/2004
CLOSING DATE: 06/01/2004

DUTY LOCATIONS: 1 vacancy Washington DC Metro Area, DC

WHO MAY APPLY:    All U.S. citizens may apply.

***TRAVEL, TRANSPORTATION, AND RELOCATION EXPENSES WILL NOT BE PAID B`
DEPARTMENT. ANY TRAVEL, TRANSPORTATION AND RELOCATION EXPENSES ASSOC
REPORTING FOR DUTY IN THIS POSITION WILL BE THE RESPONSIBILITY OF THE SI
EMPLOYEE.***

This position is being advertised concurrently with OSM-2004-0050 (DEU) at the
GS-110-9/11 GRADE LEVEL. ALSO, THIS POSITION IS BEING ADVERTISED WITH VA
ANNOUNCEMENT OSM-2004-0053 (MP), AT THE GS-110-5/7 AND OSM-2004-0052 (
GS-110-9/11 GRADE LEVELS. ONLY ONE POSITION WILL BE FILLED AT THE
GS-110-5/7/9/11 LEVELS FROM THESE VACANCY ANNOUNCMENTS.

HOW TO APPLY: Applications (resume AND questionnaire responses) MUST
be received online through the Surface Mining Automated Recruitment Tool
(SMART) BEFORE midnight eastern standard time on the closing date of this
announcement. The SMART system can be accessed at smartsmart.

PAGE   Of 11

STATEMENT OF DUTIES: This position is located in the Office of the
Director/Deputy Director, Office of Planning, Analysis and Budget (OPAB),
Washington, DC. As a trainee, incumbent will work directly with Senior economist
and analysts assisting in initiating, formulating, executing and coordinating

economic analyses and cost/benefit studies, statistical studies, forecasts, assessments and evaluation of matters related to the surface coal mining industry,
State regulatory authorities and the environment. Develops specific detailed plans for studies required for short-term and long range projects. Assists in the

preparation of written reports. Collects detailed information from internal sources, such as: Federal and state inspection data, and from industry and other agencies such as the Energy Information Administration's (EIA) Annual Coal Report.
Analyze and interpret factual economic statistics, such as: state Annual Reports,

and other Federal agencies. Analyzes economic and statistical information requirements to develop program or administrative reporting systems. Assists in data gathering and statistical validation activities needed to support results contained in evaluation reports. Prepares and organizes materials by preparing briefing papers, narrative descriptions, memoranda, graphs, charts, statistical analyses, etc., for presentation or publication in support of evaluations and studies conducted. May assist team members on task forces and/or projects often involving other agency personnel. Maintains close contact with other agency officials on a variety of complex and interrelated program matters.

QUALIFICATIONS REQUIREMENTS:

BASIC REQUIREMENTS:

For GS-5, Applicants must have (A) a bachelor's degree with a major in economics, that included at least 21 semesters hours in economics and 3 semesters hours in statistics, accounting, or calculus OR (B) Combination of education and experience: Courses equivalent to a major in economics as shown in A above, plus appropriate experience or additional education.

For the GS- 7 position:

In addition to meeting the basic qualification requirements, all applicants must have at least 1 year (52 weeks) of specialized experience which has equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position to be filled. To be creditable, specialized experience must have been at least equivalent to the GS-5 in the normal line of progressing for the occupation in the organization. This work experience must demonstrate specific segments of analyses projects, selecting using and applying standard techniques, and theories of the profession; participating in facets of planning, designing and conducting tests to obtain and validate data. Examples of specialized experience include: (a) individual economic
research assignments requiring planning, information assembly, analysis and evaluation, conclusions and report preparation; (b) supervisory or project coordination assignments involving a staff of professional economists, and requiring the evaluation and interpretation of economic information; or (c) teaching assignments in a college or university that included both classroom instruction subjects and one of the following: (1) personal research that produced evidence of results; (2) direction of graduate theses in economics; or (3) service as a consultant or advisor on technical economics problems.

OR

**Superior Academic Achievement:** Superior academic achievement is defined as one

the following: 1) rank in the upper 1/3 of the graduating class in the college, university, or major subdivision; 2) earned election to a national scholastic honor society; 3) earned a grade point average (GPA) of 3.0 or higher out of a possible 4.0

OR

**Graduate Education:** One academic year of graduate education is considered to be the number of credit hours that your graduate school had determined to represent one academic year of full-time study. Such study may have been performed on a full-time or part-time basis. If you cannot determine your graduate school's definition of one year of graduate study, 18 semester (or 27 quarter hours) should
be considered as satisfying the requirement for one year of full-time graduate study.

OR

**Combination of Education and Experience:** If you do not qualify based on education

or experience alone, you can combine your education and experience by converting each to a percentage and then adding the percentages. If your education is currently described in quarter hours, convert the quarter hours into semester hours by multiplying the quarter hours by the fraction 2/3. To calculate your percentage of graduate education, divide the number of graduate semester hours by 18. Refer to the above qualification requirements for a description of the type of experience that is considered qualifying. To determine your percentage of qualifying experience, divide your total number of months of qualifying experience
by the required number of months of experience. (GS-7 requires 12 months of specialized experience as described under GS-7 Grade Level Requirements.) Now ac

your percentages of education and experience. The two percentages must total at least 100 percent for you to qualify under the combination of education and experience.

To understand how education and experience can be combined, please click on this site Quals
created by the USGS.

 HOW TO APPLY: Applications (resume AND questionnaire responses) MUST be received online through the Surface Mining Automated Recruitment Tool (SMART) BEFORE midnight eastern standard time on the closing date of this announcement. The SMART system can be accessed at smart.
Most libraries, employment offices and/ or Office of Personnel Management Offices can provide access and assistance to the internet. However, if it is NOT possible for you to access the SMART system, please call 202 208 2812 for assistance. The SMART system can be accessed at smart.

**Basis of Rating:** Applicants will be rated on the extent and quality of experience, education, and training relevant to the duties of the position. Eligible applicants will receive a numerical rating based on their responses

PAGE 3 OF 11

to task questions submitted on-line via SMART for this vacancy. These responses must be substantiated by the resume submitted. Applicants who do not submit a resume in SMART or respond to the questions associated with the requirements of the job may be rated ineligible.

Note: If a determnation is made that you have rated yourself higher than is apparent in your descriptin of experience and/or education in your resume, a score will be manually determined that reflects your total experience, education and training as they relate to the knowledge, skills, and abilities required by the position. Points for veterans preference will be added to this score if appropriate.

If you fail to submit a COMPLETE online resume, you WILL NOT be considered for this position.

OTHER APPLICANT/APPOINTMENT INFORMATION:

Upon selection you WILL be required to immediately submit documentation to support your application, i.e., SF-50, DD 214 (if claiming veteran's preference, transcripts (if education required by position), etc.

Candidates eligible for special appointing authority, and Veterans who are preference eligibles or have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply. SPECIAL HIRING AUTHORITIES include individuals who are eligible for noncompetitive consideration under certain hiring authorities such as Veterans Readjustment Act,

Disabled Veterans, and Severely Physically Handicapped and Mentally Retarded Persons. It is YOUR responsibility to identify the special hiring authority under

which you are applying.

Status applicants (current permanent Federal employees, former permanent Federal employees, and applicants eligible under special appointing authorities who apply and are selected under this vacancy announcement) may be subject to servicing a new one-year probationary period.

Hearing Impaired persons interested in applying for vacancies, may contact the Virginia Relay Services at (800) 828-1120. The Virginia Relay Service will help you ask questions and obtain information about our job announcements.

Reasonable Accommodation: This agency provides reasonable accommodation to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on case-by-case basis.

VETERANS' PREFERENCE: If claiming 5 points veterans' preference, a DD-214 must be submitted; and if claiming 10 point veterans' preference, both a DD-214 and SF-15 must be submitted. The Defense Authorization Act of November 18, 1997, extended veterans' preference to persons who served on active duty during the Gulf War from August 2, 1990 through January 2, 1992. The law grants preference to persons otherwise eligible and who served on active duty during this period, regardless of where the

person served or for how long. The law also authorizes the Secretary of each military department to award the Armed Forced Expeditionary Medal for service in Bosnia during the period of November 20, 1995 to a date to be determined. The award of the Medal is qualifying for veteran's preference. For more information on veterans' preference go to **VETGUIDE HOW TO MUST** be received online through the Surface Mining Automated Recruitment Tool (SMART) BEFORE midnight eastern standard time on the closing date of this announcement. The SMART system can be accessed at **smartsmartOFFICE OF SURFACE MINING**

 PRINT     EMAI

**Send Mail**

**Send Mail to:**
Department Of The Interior
1951 Constitution Ave, N.W. ROOM 345
Attn: Human Resources
Washington, DC 20240

**USAJOBS Control Number:**
EEO Policy Statement | Reasonable Accommodation Policy St

 This is a United States Office of Personnel Management is the Federal Government's official one-stop source for employment information.

Home | Search Jobs | My **USAJOBS** | I
FAQS | Privacy Policy | Help | Site M;
Employer Services | Contact Us | Privacy Act and Public

PAGE 5 OF 11

http://jobsearch.usajobs.opm.gov/getjob.asp?JobID=21941838&AVSDM=2004%2D04%2...   5/3/2004



**Office of Surface Mining**

**Vacancy Question Listing**

Vacancy Number: OSM-2004-0049
Vacancy Description: Economist GS-0110-05 / 07 (bg) (DEU)

* 1. Please select one or more grades:

    1. 05
    2. 07

* 2. Please select one or more Locations:

    1. Washington DC Metro Area, DC

**All Grades**

* 1. Have you worked on several major assignments or projects at the same time with minimal supervision and completed the work on time or ahead of time of schedule?

    Yes   No

* 2. Have you written articles or similar types of work that have been included in a school newspaper, community newsletter, or similar type of publication?

    Yes   No

* 3. Have you successfully done work, not including computer applications classes, that regularly involved using graphics software to create and edit charts, tables, or graphs?

    Yes   No

* 4. Have you successfully written reports that presented facts, findings, logical conclusions, and persuasive arguments (for example, wrote a thesis, briefing papers, policy papers, complex research papers, etc.)?

    Yes   No

* 5. Have you successfully done work that regularly involved listening carefully to others to understand a need, problem, or situation (for example, investigative work, counseling, etc.)?

    Yes   No

* 6. Have you successfully created computerized databases to organize information?

    Yes   No

* 7. Have you successfully worked on a team that included individuals from different occupations or diverse backgrounds?

    Yes   No

PAGE 6 OF 11

# QuickHire.
*Evaluate the people, not the paper.*

## Office of Surface Mining
### Vacancy Question Listing

**Vacancy Number:** OSM-2004-0049
**Vacancy Description:** Economist GS-0110-05 / 07 (bg) (DEU)

---

* 8. At what level have you successfully done work that regularly involved interacting or coordinating with people outside of your immediate work group (for example, people from other offices, departments, organizations, etc.)?

    1. I have not had education, training or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, with close supervision from supervisor or senior employee.
    4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
    5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

* 9. At what level have you successfully done work that frequently required you to present nontechnical information at briefings, meetings, conferences, or hearings?

    1. I have not had education, training or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, with close supervision from supervisor or senior employee.
    4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
    5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

* 10. At what level have you successfully done work that regularly involved planning, prioritizing, and monitoring your own work?

    1. I have not had education, training or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, with close supervision from supervisor or senior employee.
    4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
    5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

* 11. At what level have you successfully done work that regularly required you to modify plans to accommodate unexpected assignments or to respond to changing workloads, priorities, or deadlines?

PAGE 7 OF 11

---



**Office of Surface Mining**

**Vacancy Question Listing**

Vacancy Number: OSM-2004-0049
Vacancy Description: Economist GS-0110-05 / 07 (bg) (DEU)

1. I have not had education, training or experience in performing this task.
2. I have had education or training in performing this task, but have not yet performed it on the job.
3. I have performed this task on the job, with close supervision from supervisor or senior employee.
4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

* 12. At what level have you successfully done work that required you to identify what a customer or client needs?

   1. I have not had education, training or experience in performing this task.
   2. I have had education or training in performing this task, but have not yet performed it on the job.
   3. I have performed this task on the job, with close supervision from supervisor or senior employee.
   4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
   5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

* 13. At what level have you successfully done work that regularly involved manipulating data in a computer database (for example, importing, exporting, merging, updating, sorting data, etc)?

   1. I have not had education, training or experience in performing this task.
   2. I have had education or training in performing this task, but have not yet performed it on the job.
   3. I have performed this task on the job, with close supervision from supervisor or senior employee.
   4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
   5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

* 14. At what level have you participated in training classes, workshops, or seminars outside of school that improved your performance at work?

PAGE 8 OF 11



# Office of Surface Mining

## Vacancy Question Listing

**Vacancy Number:** OSM-2004-0049
**Vacancy Description:** Economist GS-0110-05 / 07 (bg) (DEU)

1. I have not had education, training or experience in performing this task.
2. I have had education or training in performing this task, but have not yet performed it on the job.
3. I have performed this task on the job, with close supervision from supervisor or senior employee.
4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

* 15. At what level have you successfully done work that regularly involved verifying the accuracy of information or the relevance of information to a problem or situation (for example, investigative work)?

    1. I have not had education, training or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, with close supervision from supervisor or senior employee.
    4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
    5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

* 16. At what level have you successfully done work that required you to work under difficult time constraints?

    1. I have not had education, training or experience in performing this task.
    2. I have had education or training in performing this task, but have not yet performed it on the job.
    3. I have performed this task on the job, with close supervision from supervisor or senior employee.
    4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
    5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

* 17. At what level have you effectively served on a problem-solving, planning, or goal-setting committee or team?

PAGE 9 OF 11



# Office of Surface Mining
## Vacancy Question Listing

**Vacancy Number:** OSM-2004-0049
**Vacancy Description:** Economist GS-0110-05 / 07 (bg) (DEU)

>   1. I have not had education, training or experience in performing this task.
>   2. I have had education or training in performing this task, but have not yet performed it on the job.
>   3. I have performed this task on the job, with close supervision from supervisor or senior employee.
>   4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
>   5. I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task.

### Grade: 05

1. From the descriptions below, select the item that describes your education or experience you have that demonstrates your ability to perform Economist work. If your highest level of education is not described below choose the item that describes experience or lower level education you do have. MARK ONLY ONE RESPONSE.

    1   For GS-5: I have completed a bachelor's degree in economics that included at least 21 semester hours in economics and 3 semester hours in statistics, accounting, or calculus.

    2   I have a combination of education and experience in courses equivalent to a major in economics, as shown in A above, plus appropriate experience or additional education.

    3   I have at least three-years of general experience and at least one-year which was equivalent to the GS-4. Examples of qualifying experience: (a) individual economic research assignments requiring planning, information assembly, analysis and evaluation, conclusions and report preparation; (b) supervisory or project coordination assignments involving a staff of professional economists, and requiring the evaluation/interpretation of economic information; or (c) teaching assignments in college, etc.

* 2. My education and/or experience is not reflected in any of the above statements.

    Yes    No

### Grade: 07

1. For the GS-7: In addition to meeting the basic requirements, applicant must have one of the following:

PAGE 10 OF 11

 **Office of Surface Mining**

**Vacancy Question Listing**

Vacancy Number: OSM-2004-0049
Vacancy Description: Economist GS-0110-05 / 07 (bg) (DEU)

1. I have one year of specialized experience equivalent to at least the GS-5 grade level that is directly related to the position as described in the vacancy announcement.

2. I have completed one-year of graduate level education or superior qualifications achievement.

3. I have a combination of education and experience. I have less than a bachelor's degree, but I have at least 24 semester hours as described in the vacancy announcement.

4. My education and/or experience is not reflected in any of the above statements.

Page 11 of 11