

**Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg)
(DEU)

Vacancy Number: OSM-2004-0049

Ranking: Veteran's preference applied       *Cut-off Score: 95.00*

Grade: 05

| Total | Applicant | SSN | Vet Type | Permanent Address |
|---|---|---|---|---|
| ☀ 97.48 | HADI MEHRSEFAT *BS/Economics MS/Finance* ? Diploma Mills | - | | *Transcript* |
| 96.72 | MATTHEW BRIGIDA *BS/MS - Economics* | - | | *Selectee declined offer 7/28/04 Transcript* |
| 96.34 | JONATHAN HIBSHMAN *BA/Political Science MS/Applied Econ* | - | | *Transcript* |
| 96.34 | JAMES TICHENOR *BS/Economics & Math GPA 3.73* | - | | *Transcript* |
| ☀ 95.08 | AJANI PIERCE *BS/Economics* | - | | *Transcript* |
| 94.58 | | | | |
| 92.06 | | | | |
| 90.17 | | - | | |
| 89.92 | | | | |

S/O*
   * Applicant has been screened out

S/O*
   * Applicant has been screened out

☀ *Education must be verified prior to appt*

QuickHire®:  Evaluate the People, Not the Paper.  All Rights Reserved.

Date:  6/8/04                                                                                              Page:1



**Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg) (DEU)

**Vacancy Number:** OSM-2004-0049

**Ranking:** Veteran's preference applied



S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out

S/O* ▬▬▬▬ ▬▬▬ - ▬▬▬ ▬
* Applicant has been screened out



**Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg) (DEU)

**Vacancy Number:** OSM-2004-0049

**Ranking:** Veteran's preference applied

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅▅▅▅▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out

S/O* ▅▅▅▅▅▅ ▅▅▅▅▅ - ▅▅▅▅▅▅▅▅ ▅▅▅
* Applicant has been screened out



**Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg) (DEU)

**Vacancy Number:** OSM-2004-0049

**Ranking:** Veteran's preference applied



S/O* ▬▬▬           ▬▬▬▬       -
 * Applicant has been screened out

S/O* ▬▬▬▬▬       ▬▬▬▬       -
 * Applicant has been screened out

S/O* ▬▬▬▬         ▬▬▬         -
 * Applicant has been screened out

S/O* ▬▬▬           ▬▬▬▬       -
 * Applicant has been screened out

S/O* ▬▬▬▬         ▬▬▬▬       -
 * Applicant has been screened out

S/O* ▬▬▬           ▬▬▬         -
 * Applicant has been screened out

S/O* ▬▬▬▬         ▬▬▬         -
 * Applicant has been screened out

S/O* ▬▬▬▬▬▬▬                   -
 * Applicant has been screened out

S/O* ▬▬▬▬▬       ▬▬▬         -
 * Applicant has been screened out

S/O* ▬▬▬▬         ▬▬▬▬       -
 * Applicant has been screened out

S/O* ▬▬▬▬▬▬▬                   -
 * Applicant has been screened out

S/O* ▬▬▬▬▬▬▬                   -
 * Applicant has been screened out



**Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg)
(DEU)

**Vacancy Number:** OSM-2004-0049

**Ranking:** Veteran's preference applied



S/O* ▮▮▮▮ ▮▮▮▮ - ▮▮▮▮ ▮
  * Applicant has been screened out

S/O* ▮▮▮▮ ▮▮▮▮ - ▮▮▮▮ ▮
  * Applicant has been screened out

S/O* ▮▮▮▮ ▮▮▮▮ - ▮▮▮▮ ▮
  * Applicant has been screened out

S/O* ▮▮▮▮ ▮▮▮▮ - ▮▮▮▮ ▮
  * Applicant has been screened out

S/O* ▮▮▮▮ ▮▮▮▮ - ▮▮▮▮ ▮
  * Applicant has been screened out

S/O* ▮▮▮▮ ▮▮▮▮ - ▮▮▮▮ ▮
  * Applicant has been screened out

S/O* ▮▮▮▮ ▮▮▮▮ - ▮▮▮▮ ▮
  * Applicant has been screened out

S/O* ▮▮▮▮ ▮▮▮▮ - ▮▮▮▮ ▮
  * Applicant has been screened out

S/O* ▮▮▮▮ ▮▮▮▮ - ▮▮▮▮ ▮
  * Applicant has been screened out

**Grade: 07**

| Total | Applicant | SSN | Vet Type | Permanent Address | |
|---|---|---|---|---|---|
| 99.75 | FRANKLIN SONU | ▮▮▮▮ | - | ▮▮▮▮ | ▮ |
| | *BS/Economics* | | | | |
| | *MS - Magna Cum Laude* | | | | |
| 99.75 | MARK THAW | ▮▮▮▮ | - | ▮▮▮▮ | ▮ |
| | *BS/Economics* | | | | |
| | *1 yr Exp.* | | | | |



**Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg) (DEU)

Vacancy Number: OSM-2004-0049

Ranking: Veteran's preference applied

---

98.99 JOHN POWERS
BS/Economics + Superior Quals
MS/Econ

98.87 JENNIFER SOHNS
BS/Envir Science w/ Class Econ
1 year Experience

98.11

97.98

97.98

97.98

97.73

97.61

97.48

97.48

97.48

96.72





**Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg) (DEU)

Vacancy Number: OSM-2004-0049

Ranking: Veteran's preference applied



96.72
96.47
96.34
96.34
96.34
96.34
96.34
95.71
95.46
95.21
95.08
94.96

QuickHire®:  Evaluate the People, Not the Paper.  All Rights Reserved.

Date: 6/8/04                                                                 Page:7

 **Staging Area Applicant Listing**
Office of Surface Mining
0110 Economist GS-0110-05 / 07 (bg)
(DEU)

Vacancy Number: OSM-2004-0049

Ranking: Veteran's preference applied



94.83
94.83
94.58
94.45
94.33
93.95
93.95
93.82
93.70
93.57
93.57
93.45

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 6/8/04                                                                 Page: 8



QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Date: 6/8/04

Page: 9