# OFFICE OF SURFACE MINING
## CERTIFICATE OF ELIGIBLES
### CERTIFICATE NUMBER OSM-2004-0049, SMBF-04-0042

Agency Request Number: __04-17__

**ISSUE DATE:** __06/23/04__                    **EXPIRATION DATE:** __09/17/04__

**TYPE OF APPOINTMENT:** __CAREER-CONDITIONAL APPOINTMENT__
**POSITION TITLE/SERIES/GRADE:** __Economist, GS-110-07__
**LOCATION:** __Washington, DC__

This certificate is valid only for the position, grade and duty location shown on the SF-39.

When contacting applicants, always use the address and telephone number from the certificate rather than from the application.

<u>The Rule-of Three and Veterans Preference apply. *</u> Therefore, Selection from this certificate must be in accordance with Veteran Preference and Rule-of-Three regulations. (See Instructions attached.)

Total Number of Eligibles Certified: __04__

_Brenda Garrett-Freeman_
Brenda Garrett-Freeman
Human Resources Specialist
Date: __06/23/04__



Selection must from GS-5
cert

## INSTRUCTIONS FOR Delegated Examining Unit (DEU) Certificates

**Point of Contact:**

For Human Resources Assistance:  Contact:  Brenda Garrett-Freeman        Phone:  (202) 208-2771

**Length of Certificate:**  Certificates are valid for 90 days from the date the certificate was issued. **CERTIFICATE(S) CANNOT BE EXTENDED BEYOND THE 90-DAY LIMIT UNLESS THE VACANCY IS READVERTISED AND OPEN COMPETITIVELY TO CTAP/ICTAP CANDIDATES ONLY (10-DAYS). IF CTAP/ICTAP CANDIDATES APPLY AND ARE CONSIDERED WELL-QUALIFIED, A CERTIFICATE OF THESE CANDIDATES WILL BE ISSUED TO YOU FOR PRIORITY CONSIDERATION.**

**Interviews:**  Although you are encouraged to interview all applicants for this certificate, you may interview one, none or as many applicants as you choose. The content of your interview should be the same with all applicants and it is also recommended that you are consistent with the type of interview process (e.g., phone, face-to-face, panel).

**Consideration of Applicants:**  You are not permitted to bypass a veteran and select a non-veteran IF the veteran's name is placed above the non-veteran. Veterans are designated as CPS, CP, TP, or XP. A non-veteran is designated as NV.

> *Example:*   *CP*   *Smith*
> *NV*   *Jones*
> *NV*   *Doe*
> You cannot select either Jones or Doe before selecting Smith.

If two or three veterans are on the certificate and occupy the top listings, you may choose any of those candidates.

> *Example:*   *CP*   *Smith*
> *TP*   *Jackson*
> *NV*   *Doe*
> You can select either Smith or Jackson

If there are more than three names on the certificate, you must select from the first three available names before considering subsequent names. The above veteran considerations still apply to the first three considerations. Contact your servicing Human Resources Specialist for further instructions if you are planning on making multiple selections.

**Annotating Actions/Selections on the Certificate:**  Indicate on the certificate (next to each applicant's name), the date interviewed and whether a selection has been made or not made. The following codes are to be used for selection/non-selection: **A** = Selected (Appointed); **NS** = Not Selected; **D**= Declined; **FR** = Failure to Respond. **Before using the FR Code, you are required to send a letter requesting a reply. Failure to respond within five (5) business days meets an FR. Also, contact your HR Specialist for assistance in this matter. HR Specialist will try to reach applicant(s), too.**

**Signature and Approval:**  Be sure to sign/date the certificate and return all applications for our records.

**Job Offers:  NO JOB OFFERS CAN BE MADE BY THE SELECTING OFFICIAL.** Return the certificate and applications to the Human Resources Office and your servicing HR Specialist will make the official job offer.

OSM-2004-0049-03 *51*

List of Eligibles
Office of Surface Mining
OFFICE OF SURFACE MINING
Issued On:  8/11/04

OCCUPATION:  OSM-2004-0049 Economist GS-0110-05 / 07 (bg) (DEU)
0110A-07
LOCATION:  Washington DC Metro Area, DC

Please return certificate by:  11/5/04

GRADE: 07

C/N          NV    THAW, MARK


Phone:

C/N          NV    SONU, FRANKLIN


Phone:

C/N          NV    MOULTHROP, GREGORY          8-12-04

Phone:

*no selection RESTokes 8-16-04*

Selecting Official Signature: *Ruth C. Stokes*          Date: *8-16-04*
Selecting Official: ~~BGARRETT~~

For questions or comments please notify BGARRETT.

*Issued by CKeys for BGarrett 08/11/04.*

                                                    **

                                            Page 1

OSM-2004-0049-SMBF4-0042

LIST OF ELIGIBLES
Office of Surface Mining
OFFICE OF SURFACE MINING
Issued On:   6/23/04

OCCUPATION:   OSM-2004-0049 Economist GS-0110-05 / 07 (bg) (DEU)
0110A-07
LOCATION:   Washington DC Metro Area, DC

Please return certificate by:   9/17/04

GRADE: 07

        99.75  NV     THAW, MARK                          SSN: ███████████
     c/N                ████████████
                        ████████████
                        Phone: ███████████

        99.75  NV     SONU, FRANKLIN                      SSN: ███████████
     c/N                ████████████
                        ████████████
                        Phone: █████████████

     A  98.99  NV     POWERS, JOHN                        SSN: ███████████
     D  08/10/04        ████████
  declined offer 8/10/04  ████████████           Pending email declination
                        Phone: ████████████        dated 8/10/04

   D A  98.87  NV     SOHNS, JENNIFER                     SSN: ██████████
   8/11/04              ████████████
  declined offer        Phone: ████████████       Pending email
                        ██████████████

Selecting Official Signature:  Ruth E. Steele          Date: 6-2-04
Selecting Official:  BGARRETT

For questions or comments please notify BGARRETT.     JUN 23 2004

        Breala Garrett Freeman

                                                              **

                                                        Page 1

tandard Form 39
evised 11/88
S Office of Personnel Management
PM Chapter 332

| **Request for Referral of Eligibles** (See Instructions on Back) | 1. Signature of Issuing Officer (OPM Use Only) _Brenda Garret Freeman_ JUN 23 ·· | 2. SM-BF-4-0041/0042   S / |
|---|---|---|
| | | 3. DEP/IPAP [x ] YES \| 4. Date Issued |

## I. AGENCY REQUEST

| 5. Department or Agency Name **DEPARTMENT OF INTERIOR** | 7. Bureau or Field Establishment OFFICE OF SURFACE MINING WASHINGTON, DC | 8. Agency Request Number 04-17 |
|---|---|---|
| 6. Department or Agency Organization Code IN22 | | 9. Date of Request 04/21/04 |

DOI
Office of Surface Mining Reclamation & Enforcement
1951 Constitution Avenue, NW, Room 345-S
Washington, DC 20240

Submit this request to the examining office which has jurisdiction over the work location named in item 11, unless special prior agreement has been reached with the Office of Personnel management

11. Number of Vacancies, Position Title, Series Code, Grade, (Salary, if Ungraded) Name of Duty Location

1     ECONOMIST, GS-0110-07,  WASHINGTON, DC   FPL: GS-0110-12

**VA# OSM 2004-0049**

12. Type of Appointment
[X] Career or Career-Conditional
[ ] Temporary NTE:
    *(Provide Justification in Remarks)*
[ ] Term *(Provide authority in Remarks)*

| 13. Full Performance Level Potential GS-12 | 14. Date SF 52 Initiated 04/01/04 | 15. Reemployment Priority List Cleared? [x ] YES | 16. [ ] Other Conditions of Employment (Shift, Seasonal Etc) |
|---|---|---|---|
| 7. Indicate maximum number of nights per month the appointed person will be required to be away from home in a travel status. [X] Not at all   [ ] 1-5   [ ] 6 to 10   [ ] 11 or more | | 18. Does request relate solely to requirements of the agency merit promotion program? [ X] YES          [ ] NO | |
| 19. Date Applicants Available [X] Immediately [ ] By (date): | 20. Work Schedule [X] Full-Time Employment    [ ] Part-Time Employment of Hours per Week [ ] Intermittent Employment   [ ] Other (Specify): | | |

21. Remarks *(Any special qualification desired should be described on a SF 39A submitted with this request. Indicate submission of a SF 39A.)*

**Interagency Agreement Code:  RF8-SS30-2323/2635**

The Reemployment Priority List has been cleared.  Please Advertised vacancy announcement under Merit Promotion/Competitive Procedures.  Attached are copies of the Position Description.

| 22. Address Where Certificate is To Be Sent: Department of the Interior, Office of Surface Mining Reclamation and Enforcement Office of Personnel, Room 334-S 1951 Constitution Ave. NW Washington D.C. | 23. For Further Information Contact *(Name and Telephone No.)* Brenda Garret-Freeman (202) 208-2771 |
|---|---|
| | 24 Approved by (Name and Title) _Brenda Garrett Freeman_ Brenda Garrett-Freeman HUMAN RESOURCES SPECIALIST |

## II. CERTIFICATION *(Please Review Instructions on Back of Form)*

To Requesting Office:

[    ]    The attached list of eligibles is provided in response to the above request.
    This certificate must be returned WITHIN 30 DAYS OF RECEIPT OR BY ............ 9-17-04 ............................ PAGE 10 OF 11

    Extensions must be authorized by the issuing office.
    This certificate is valid only for the position, grade, and duty location(s) shown above.

[   ]    Authority is granted to recruit through the open competitive examination for appointment to the position(s) indicated above.
    Applications of persons recruited should be FORWARDED WITHIN 30 DAYS OF DATE ISSUED OR BY ............................................

[ ]    Authority is granted to fill the position(s) identified above under OPM Reg. 316.402(A) based on insufficiency of the register. *(See FPM Ch. 333.)*
    For information Concerning This Certificate Contact:

III. REPORT (Please Review Instructions on Back of Form)

To Issuing Office: Report on certificate is submitted and original applications *(and attachments)* of eligible not selected for appointment are returned
[ ] We Desire Further Certification for The Following Number of Vacancies:

˙  ˙ure and Title of Appointing Officer

*Brenda Garrett Freeny*

Date Signed
SEP 2 4 2004