VIII - 2

All eligibles listed on the Certificate of Eligibles must follow the order of certification stated in Title 5 U.S.C. § 3313. (See **Section 8.4** below)

Once the selecting official has returned the certificate, the Examining Office must ensure that the case file is documented to reflect the action taken on each of the competitors who were certified for selection. Typically this documentation is included on the certificate itself. The reverse side of the SF 39 contains symbols which OPM has historically used to report actions on competitors. Agencies should continue to use these symbols.

It is recommended that each eligible's address and available phone numbers (home and work) be included with his/her name on the certificate. This is mandatory whenever the application or résumé is not sent with the certificate, e.g., a certificate issued for a temporary position. If the application is not referred with the certificate, OPM uses the # symbol placed next to the applicant's name, address, and telephone numbers. The # is footnoted on the certificate to indicate that the application is not attached. This process is optional to agencies.

### § 8.2. CERTIFICATION FROM AN INVENTORY

A. After determining that there is an appropriate inventory, sufficient qualified candidates are identified from the inventory to enable the appointing officer to consider eligibles for each vacancy. Agencies may elect to use dual certification (see **Section 8.2.D**). However, agencies *must* dual certify when there is a single vacancy being filled at multiple grade levels to avoid veterans preference violations. A minimum of three eligibles should be referred for each vacancy (or two more names than the number of vacancies). If there are fewer than three eligibles per vacancy to be referred, public notice and recruitment efforts should be reviewed to determine if they were adequate, i.e., was the open period adequate, should public notice have been expanded to include targeted recruitment, newspaper ads, etc. If a selection cannot be made from less than three names, management may request additional recruitment and certification. At the discretion of the certifying office and based on its past experience, additional names may be certified to compensate for eligibles who may be expected to decline or fail to respond to an inquiry of availability.

B. <u>Bona fide Consideration.</u> An eligible is considered to have received bona fide consideration when his/her name is within reach for an appointment and a legal appointment is made. That is, the agency did not pass over a preference eligible to select a lower-standing non-preference eligible without proper approval.

C. <u>Dual Certification.</u> The names of eligibles who are entered on the certificate may be removed from the inventory and placed in the temporarily inactive file or they may remain in the inventory and be dual referred for any number of vacancies. Remember, agencies must dual certify when there is a single vacancy being filled at multiple grade levels. Because persons whose names are out on certification are temporarily out of circulation, care should be taken to see that the certificate is returned as soon as possible. For this reason, where eligibles are not dual referred, **a certificate that is issued from an inventory is valid for only 30 days, but may be extended for valid reasons.** Requests for extensions should be carefully evaluated and only approved for short periods of time.

D. <u>Multiple Request.</u> If an inventory is being used to fill two or more requests at the same time, it is usually desirable to divide the eligibles among the requests. To fill two requests at the same time, eligibles would be divided as follows: the eligible with highest score goes on the first certificate, the eligible with the second highest score goes on the second certificate, the eligible with the third highest score goes on the first certificate, and so forth. This results in equitable distribution of the best qualified eligibles to the selecting officials and also results in those eligibles receiving the earliest possible consideration.

[handwritten annotation: "over, remove info from DOJ"]

chemistry, pharmacology, psychology, or medicine. Although the position to be filled draws from a variety of disciplines, the final classification of the position could be General Health Science, GS-601.

2) Positions which involve competencies/KSA's which involve knowledge which is characteristic of either of two or more series. These positions include work which is substantially identical to work performed in either the professional occupations or academic disciplines involved. For example, an agency has a position to be filled performing research work on flood control issues. The project may be accomplished by an employee trained in either civil engineering or hydrology. Since both occupations include work which is substantially identical to work performed in either series, the position could be classified to either the Civil Engineer Series, GS-810 or Hydrology Series, GS-1315.

In both categories, the position description should show clearly that the position is interdisciplinary and indicate the various series in which the position is to be classified. The final classification of the position is determined by the qualifications of the person selected to fill it.

Examining Offices should create and issue **only one** certificate of eligibles for a single interdisciplinary position. The first step in creating this certificate is to evaluate all applicants based on the appropriate qualification standard for the series in which they are applying. The second step is to develop the rating schedule (crediting plan) using the competencies/KSA's identified for the position. The next step is to apply the rating schedule to all eligible applicants regardless of series. Eligible applicants are rated and ranked on the same competencies/KSA's. The final step is to issue the certificate as an interdisciplinary position with all the eligibles ranked in order with the series for which each eligible qualified noted next to their names.

Examining Offices should not issue multiple certificates for single interdisciplinary positions. It is OPM's General Counsel's opinion (dated May 18, 1998) that issuing multiple certificates violates the Rule of Three and possibly veterans' preference if a preference eligible is certified.

I. Certifying for Multiple Grade Levels. When a position is announced at multiple grade levels, eligible candidates must be certified for the lowest grade or salary he or she is willing to accept to the highest grade level for which he or she is qualified. For example, an announcement for an Engineering Technician, GS-802-7/8/9/10, and an applicant is willing to accept a GS-8 salary and the highest grade level the applicant is qualified is GS-9. The applicant must be referred on the GS-8 and GS-9 grade level certificates if the ratings are within reach for certification.

## § 8.3. NUMBER OF APPLICANTS CERTIFIED UNDER CASE EXAMINING

By definition, case examining procedures involve a one-time-only action. There is no expectation of filling other vacancies at a later date. Therefore, all eligible competitors may be certified or the minimum number of eligibles cited in **Section 8.2.A** or based on past experience with the occupation the number of eligibles certified is flexible. Also, the time limit for return of the certificate may be longer (90 days is usually standard).

## § 8.4. ORDER OF CERTIFICATION

A. Regular Order of Certification for Most Positions. This instruction covers certification for all jobs, except (1) professional and scientific positions at GS-9 and higher, and (2) positions restricted to preference eligibles. After all eligible candidates have been assigned numerical ratings and preference points, the order of certification is as follows: (Title 5 U.S.C. § 3313 prescribes the order of entry of eligibles on certificates and 5 CFR 330 Subpart G prescribes the order of selection when ICTAP eligibles are present.) (See **Section 4.3.B7**)

1. ICTAP Eligibles

2. District of Columbia Department of Corrections Eligibles (See 5 CFR 330 Subpart K).

3. Panama Canal Zone Displaced Employee Eligibles (See 5 CFR 330 Subpart L).

4. Lost Consideration Eligibles are certified at the top of all certificates including those described below in "B" and "C". (See Section 8.14)

5. Eligible 10-point compensably disabled veterans (CPS and CP) go to the top of the certificate, regardless of numerical rating, ahead of all other candidates. If there is more than one CPS/CP eligible, they are listed in score order. For this step, there is no difference between CPS and CP veterans.

6. All other eligible competitors in score order. If there is a tie in numerical score between eligibles in different preference categories, the order of precedence is: **XP**, **TP**, and then **NV**. For example, an individual with a rating of 98 XP is listed ahead of a person with 98 TP, who is listed ahead of 98 NV.

B. Order of Certification for Professional and Scientific Positions at GS-9 and above. At grades GS-9 and above, compensably disabled preference eligibles (CPS and CP) are not automatically placed at the top of certificates in professional or scientific positions. They are certified in score order, including the 10 preference points. In the event of a tied rating with candidates in other preference categories, CPS and CP have precedence over all other categories. (See 5 U.S.C. § 3313)

Professional and scientific positions are those in a series identified in the OPM publication Handbook of Occupational Groups and Series as being professional or scientific. The Handbook is essentially a compilation of "series definitions" taken from OPM's classification standards. Therefore, in the absence of the Handbook, users may also refer to the applicable classification standard. It is very important to verify the professionalism of a series, since a mis-identification could lead to a violation of veterans preference law and the invalidation of an appointment. An interim list of professional and scientific positions can be found in **Appendix E**. (See **Section 8.14**.)

C. Order of Certification for Positions Restricted to Preference Eligibles (See **Section 6.5**). CPS and CP eligibles are certified ahead of other candidates. Then the names of other preference eligibles are certified in score order. Should a tied score exist, veterans with an XP designation are referred ahead of those with a TP designation. Non-preference eligibles should be certified only if there is a likelihood that the supply of preference eligibles will be exhausted before all vacancies have been filled. When non-veterans are certified, they are listed below the last preference eligible.

D. Certification of Unrated Eligibles. When the circumstances of a competitive examination produce three or fewer eligibles, **and** they are either **all nonveterans** or **all veterans**, they need not be rated and ranked. They can simply be listed randomly on the certificate (See **Section 8.5.C.**), with a notation **"eligible"** (or other agency designation) in lieu of a rating.

## § 8.5. TIED RATINGS

A. It is possible that tied ratings will occur among eligible competitors in the same preference category (i.e., CPS and CP). When this happens, it will be necessary to use a method for breaking such sub-group ties on a consistent basis. It is appropriate to use job-related factors provided the factors have not already been used in the ranking process.