Serial: SA-OSMRE-0001
Vacancy: OSM-2004-0049 Economist GS-0110-05 / 07 (bg) (DEU)
Grade: 05
Locations: Washington DC Metro Area, DC

Applicant: MEHRSEFAT, HADI

# Personal Data

| Field | Value |
|---|---|
| First Name: | HADI |
| MI: | |
| Last Name: | MEHRSEFAT |
| Address1: | 6200 WESTCHESTER PARK DR. 815 |
| Address2: | |
| City: | COLLEGE PARK |
| State: | MD |
| Zip Code: | 20740 |
| Plus 4: | |
| Phone: | 301-345-0478 |
| Email: | hmehrsefat@aol.com |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

# Core Questions

1. Are you a vet who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just short of 3 years)?
   No

2. Are you a current Federal employee?
   No

3. Are you a current Federal employee serving under a Veterans Readjustment Authority (VRA) appointment?
   No

| # | Question | Answer |
|---|---|---|
| 4 | If you are a current Federal employee, by what agency and organization are you employed? | Not applicable |
| 7 | If you are a Federal employee, under what type of appointment are you currently serving? | Not applicable |
| 8 | Are you a student appointee under the Student Career Experience Program who has completed all requirements for graduation and conversion under the SCEP appointing authority and is in the 120 day period for conversion to term, career or career-conditional appointment? | Not Applicable |
| 9 | If you are NOT currently serving in the competitive service as a permanent career or career conditional Federal employee, are you eligible for reinstatement based on career or career-conditional Federal status in the competitive service? | Not Applicable |
| 10 | If you are, or ever were, a Federal civilian employee, please indicate pay plan of the highest graded position you held: | Not applicable |
| 15 | May we contact your current supervisor for a reference? | Yes |
| 16 | Does the Office of Surface Mining employ any member of your family? | No |
| 18 | If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System? | Not Applicable |
| 19 | If you are a male at least 18 years of age, born after December 31, 1959 AND you have NOT registered with the Selective Service System, do you have an approved exemption? | Not Applicable |
| 20 | Are you a retiree receiving a Federal annuity, either military or civilian? | No |
| 21 | Have you accepted a buyout from a Federal agency within the past 5 years? | Not Applicable |
| 22 | Do you have a physical or mental impairment that limits one or more major life activities AND has been certified by the State Department of Vocational Services rendering you eligible for the Federal Employment Program for Persons with Disabilities? | Not Applicable |
| 23 | Are you eligible for noncompetitive appointment under a Special Appointing Authority? | No |
| 25 | Displaced employee information: | I am not a displaced employee from a Federal Agency. |

# Report Results

## OSM-2004-0049 Economist GS-0110-05 / 07 (bg) (DEU)

| | | |
|---|---|---|
| 05 | 1 | From the descriptions below, select the item that describes your education or experience you have that demonstrates your ability to perform Economist work. If your highest level of education is not described below choose the item that describes experience or lower level education you do have. MARK ONLY ONE RESPONSE. **Answer(0 points):** For GS-5: I have completed a bachelor's degree in economics that included at least 21 semester hours in economics and 3 semester hours in statistics, accounting, or calculus. |
| 05 | 2 | My education and/or experience is not reflected in any of the above statements. **Answer(0 points):** Yes |
| All Grades | 1 | Have you worked on several major assignments or projects at the same time with minimal supervision and completed the work on time or ahead of time of schedule? **Answer(7 points):** Yes |
| All Grades | 2 | Have you written articles or similar types of work that have been included in a school newspaper, community newsletter, or similar type of publication? **Answer(7 points):** Yes |
| All Grades | 3 | Have you successfully done work, not including computer applications classes, that regularly involved using graphics software to create and edit charts, tables, or graphs? **Answer(7 points):** Yes |
| All Grades | 4 | Have you successfully written reports that presented facts, findings, logical conclusions, and persuasive arguments (for example, wrote a thesis, briefing papers, policy papers, complex research papers, etc.)? **Answer(7 points):** Yes |
| All Grades | 5 | Have you successfully done work that regularly involved listening carefully to others to understand a need, problem, or situation (for example, investigative work, counseling, etc.)? **Answer(7 points):** Yes |
| All Grades | 6 | Have you successfully created computerized databases to organize information? **Answer(7 points):** Yes |
| All Grades | 7 | Have you successfully worked on a team that included individuals from different occupations or diverse backgrounds? **Answer(7 points):** Yes |
| All Grades | 8 | At what level have you successfully done work that regularly involved interacting or coordinating with people outside of your immediate work group (for example, people from other offices, departments, organizations, etc.)? **Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |

| | | |
|---|---|---|
| All Grades | 9 | At what level have you successfully done work that frequently required you to present nontechnical information at briefings, meetings, conferences, or hearings?<br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 10 | At what level have you successfully done work that regularly involved planning, prioritizing, and monitoring your own work?<br>**Answer(7 points):** I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task. |
| All Grades | 11 | At what level have you successfully done work that regularly required you to modify plans to accommodate unexpected assignments or to respond to changing workloads, priorities, or deadlines?<br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 12 | At what level have you successfully done work that required you to identify what a customer or client needs?<br>**Answer(7 points):** I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing this task. |
| All Grades | 13 | At what level have you successfully done work that regularly involved manipulating data in a computer database (for example, importing, exporting, merging, updating, sorting data, etc)?<br>**Answer(3 points):** I have performed this task on the job, with close supervision from supervisor or senior employee. |
| All Grades | 14 | At what level have you participated in training classes, workshops, or seminars outside of school that improved your performance at work?<br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 15 | At what level have you successfully done work that regularly involved verifying the accuracy of information or the relevance of information to a problem or situation (for example, investigative work)?<br>**Answer(3 points):** I have performed this task on the job, with close supervision from supervisor or senior employee. |
| All Grades | 16 | At what level have you successfully done work that required you to work under difficult time constraints?<br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 17 | At what level have you effectively served on a problem-solving, planning, or goal-setting committee or team?<br>**Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |

# RESUME for HADI MEHRSEFAT

# RESUME

APPLICATION FOR FEDERAL EMPLOYMENT
              (OF 612 -- Form Approved: OMB No. 3206-021)

    1. JOB TITLE IN ANNOUNCEMENT: Economist
    2. GRADE APPLYING FOR: GS- 0110-05
    3. ANNOUNCEMENT NUMBER: OSM 2004-0049
        4. LAST NAME:          FIRST, MIDDLE:
               Mehrsefat              Hadi
        5. SOCIAL SECURITY NUMBER: 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
        6. MAILING ADDRESS: 6200 Westchester Park Dr. #815
            CITY/STATE/ZIP: College Park, MD 20740
            EMAIL: hmehrsefat@aol.com
        7. PHONE NUMBERS    DAYTIME: (301) 385-2378
                                            EVENING: (301) 345-0478

        8. WORK EXPERIENCE: Describe your paid and nonpaid work experience
            related to the job for which you are applying.
        1) JOB TITLE: Adjunct Faculty of Management and Economics
            FROM:  June 1998 TO: Present
            SALARY: $50.00 PER: Hour       HOURS PER WEEK: 8
            EMPLOYER'S NAME AND ADDRESS
            Strayer University
            4710 Auth place Suitland, MD 20147
            SUPERVISOR'S NAME AND PHONE NUMBER
            Dr. Paul Brower - (301) 423-4718

            DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
            Teaching Principle of Management, Organizational Behavior, Financial
              Management and Economics courses including:

• Modern management, management and diversity
• Strategic and tactical planning, decision making
• Fundamental of Organizing, managing human Resources
• Fundamental of influencing and communication, leadership, and motivation
• Principle of controlling, information technology and internet
• All aspect of financial management
• Principals of economics and tools, money and Banking

        2) JOB TITLE: Security Analyst
            FROM: January 1998   TO: June 2001
            SALARY: $35000.00  PER: Year       HOURS PER WEEK: 40
            EMPLOYER'S NAME AND ADDRESS
            H.A. Investments Inc.
            6200 Westchester Park Dr. College Park, MD 20740

SUPERVISOR'S NAME AND PHONE NUMBER
Self-employed (301) 345-0478

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
• Reviewing, examining and analyzing financial situation of public corporations for investment.
• Fundamental analysis of financial statements including income statements and balance sheets.
• Financial ratio analysis including return on assets, return on equity, profit margin, liquidity ratios, debt and asset management ratios, to determine current and future financial strength of corporations.
• Technical analysis of stocks of corporations to predict price trend and short-term swing of the market by analysis of historical patterns in stock price movements.
• Evaluating overall economic condition, interest rate, unemployment rate, consumer price index and other economic indicators to predict future trend of the market as a whole.

3) JOB TITLE: Owner -Manager
   FROM: 04/1988    TO: 12/1997    SALARY: 40000.00    PER: Year    HOURS PER WEEK: 50
   EMPLOYER'S NAME AND ADDRESS
   Central Auto INC.
   8402 Central Ave. Landover, MD 20785

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
• Prepared business plan, set up, established and organized the business
• Prepared Short-term and long -term budgets
• Reviewed and examined accounts and prepared financial statements.
• Evaluated customer credit history to qualify them for extension of loans.
• Established payment collection and credit reporting system.
• Developed inventory control system.
• Supervised employee in administrative duties, sales, marketing and related areas.
• Hired and trained staff to work in different sections of the business.

4) JOB TITLE: Economist
   FROM: 02/1979    TO: 12/1982    HOURS PER WEEK: 40
   EMPLOYER'S NAME AND ADDRESS
   Ministry of finance and economics affair
   100 Naserkhosro Ave. Tehran, Iran
   SUPERVISOR'S NAME AND PHONE NUMBER
   Dr. D. Malekpour   (202) 473- 6291

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
• Performed research on economic policies and government programs.
• Developed and adapted economics theory and methodology for wide variety of economic investigations
• Edited data, produced tabulations and charts.
• Prepared sector plans for five-year economic development project.

5) JOB TITLE: Tax Auditor
   FROM: 02/70    TO: 03/1975    HOURS PER

WEEK: 40

EMPLOYER'S NAME AND ADDRES
Ministry of Economics Affairs And Finance
100 Naserkhosro Ave.  Tehran, Iran

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS
• Examined and audited individual and corporate tax return.
• Audited corporation's accounting ledger and financial statements.
• Appraised value of equipment's, machinery, tools, inventories, plants and other properties.

9.  MAY WE CONTACT YOUR CURRENT SUPERVISOR?    YES

EDUCATION

10. HIGHEST LEVEL COMPLETED:  Master Degree

11. LAST HIGH SCHOOL:  Tehran, Iran

Classical Diploma

12. COLLEGES AND UNIVERSITIES ATTENDED

1) NAME:  Institute of banking sciences
CITY/STATE/ZIP:  Tehran, Iran
SEMESTER CREDITS EARNED: 140-  MAJOR(S): Accounting and Economics
DEGREE: B.S.                              YEAR RECEIVED: 1975

2) NAME:  University of Scranton
CITY/STATE/ZIP: Scranton, PA
SEMESTER CREDITS EARNED: 30         MAJOR(S): Finance
DEGREE: MBA                              YEAR RECEIVED: 1978

OTHER QUALIFICATIONS

MY undergraduate and graduate studies consisted of many courses in Management, Economics, Auditing and finance, which are directly related to the position I am applying. In addition to the commonly -used software I am familiar with MS Excel and to some degree with MS Access. I have worked in Window 98 and Window 2000 environment and very comfortable with Internet browser.

GENERAL

14. ARE YOU A U.S. CITIZEN? ........................
YES [X]  NO [ ]

15. DO YOU CLAIM VETERANS' PREFERENCE? .............
YES [ ]  NO [X ]

16. WERE YOU EVER A FEDERAL CIVILIAN EMPLOYEE? .YES

[ ] NO [ X]

17. ARE YOU ELIGIBLE FOR REINSTATEMENT BASED ON CAREER
    OR CAREER-CONDITIONAL FEDERAL STATUS? ... YES
[ ] NO [ X ]

APPLICANT CERTIFICATION

18. I certify that, to the best of my knowledge and belief, all of the information
on and attached to this application is true, correct, complete, and made in good faith.
 I understand that false or fraudulent information on or attached to this application
 may be grounds for not hiring me or for firing me after I begin work, and may be
punishable by fine or imprisonment. I understand that any information
    I give may be investigated.

SIGNATURE:
                    DATE SIGNED