## 4. PROBLEM SOLVING QUESTIONS FOR ECONOMIST CANDIDATES

<u>Coal Industry</u>
Trend analysis of the coal industry and how it affects coal field residents.
Outline OSM's respons e to the identified changes.
How would you structure analysis to achieve these 3 goals
#1 future coal industry
#2 demographics of population in coal fields
#3 organization now/future

<u>Data Estimation Methodology</u>
Estimate 4th quarter data for off-site impacts and phase III bonds release acres.
What would be the basis for your methodology/analysis?

**OPAB conducted the following analysis – discuss as an example.
Data collected for the first three quarters of Fiscal year 2003 (10/1/02-6-30/03). The last (fourth) quarter data estimated for the off-site impacts and phase III bond release acres using the following methodology.



Economist Position

Name: Matthew Brigida

Phone Number: ▓▓▓▓▓▓▓    Date/Time of Interview 7-8-04  9am
telephone

Go over OSM and the office responsibilities.  Job expectations.
   We regulate surface coal mining—through oversight or direct regulation
   Staff office reporting directly to the Director
   Performance measurements, data determination, data validation and verification,
   analysis of data.

Questions:

1.  Briefly would you summarize your work history and education for me?
    market analyst — sold jewelry through catalogs —
    conducted average sales break-even analysis; did
    modeling of customer base

2.  Can you describe for me one or two of your most important accomplishments?
    Completed a thesis — offshoring and wage convergence.
    studied abroad
    was just promoted to a financial analyst within 6 months
                                                              of working
3.  What special aspects of your work experience have prepared you for this job?  with a
    see q-1 above — already answered.                                              firm.


4.  Problem solving:  Coal industry:
    Would look at the future supply & demand picture
    how price impacts supply; alternative fuels & price
    how other resources;     impact demand.
    Data estimation methodology:
    For a 4th quarter when 3 quarters of data are
    available,
    Would apply regression analysis.

5. Do you prefer working alone or in groups?

*both*

6. Have you made any individual presentations recently?

7. What kind of writing have you done?

*financial reports went with bluebook narratives)*

*negotiation skills*

8. Everyone has strengths and weaknesses as workers. What are your strong points for this job? What would you say are areas need improvement?

*hard worker; enjoy work; improved quantitative work; get along well with people*

9. What is your long-term employment or career objective?

*a stable position in a good career.*

~~10. What things give you the greatest satisfaction at work?~~

11. May I contact your current supervisor?        Former supervisor?        Other references?

*yes; Dr Yuln        yes    Steve Shen*

*(see application)*

---

*Told applicant that there was no relocation payments. He was familiar with the area.*

---

*MS economics — Florida Atlantic University, April 2004*
*Teaching Assistant Aug 03-04*
*Financial Analyst*
*Skill in Excel, Access.*

Economist Position

Name: *Jonathan Hinselman*

Phone Number: ████████████    Date/Time of Interview  7-8  11am
*via phone*

Go over OSM and the office responsibilities.  Job expectations.
    We regulate surface coal mining—through oversight or direct regulation
    Staff office reporting directly to the Director
    Performance measurements, data determination, data validation and verification,
    analysis of data.

Questions:

1.  Briefly would you summarize your work history and education for me?  *Politcal Scie.*
    *Customer service oriented    BS in Political Scie.*
    *grocery store, bookkeeping experience    MS in applied econ*
    *1/2 million a week*

2.  Can you describe for me one or two of your most important accomplishments?
    *organized several service projects — fence painting*

3.  What special aspects of your work experience have prepared you for this job?
    *class last semester — community development*
    *class; how much are, oil, gas contributed to the*
    *economy.  Bookkeeping — strict deadlines.*

4.  <u>Problem solving:</u>  Coal industry:
    *economy as well as the relationship w/people*
    *how much economy is based locally — its a*
    *balance thing.*

    Data estimation methodology:
    *regression to develop potential strategies*

5. Do you prefer working alone or in groups?

*depends on what she is doing; enjoys smaller groups.*

6. Have you made any individual presentations recently?

*yes, presented findings from study. Weekly also speaking to 100 or more people.*

7. What kind of writing have you done?

*15-20 page reports. One page summaries of articles.*

8. Everyone has strengths and weaknesses as workers. What are your strong points for this job? / What would you say are areas need improvement?

*dedicated; enjoy working work well w/ people*     *perfectionist done right; all the time.*

9. What is your long-term employment or career objective?

*career — knowledge; long term & stability*

~~10. What things give you the greatest satisfaction at work?~~

*Scott Campbell*

11. May I contact your current supervisor?      Former supervisor?      Other references?

*Utah State U - Economics April 2004*
*Olive Garden - Waiter Feb 04-present*
*Macey's May 2000 - Feb 04*
*Bookkeeper 2001-2004 - ? where? Maceys?*

Economist Position

Name: Hadi Mahrafat

Phone Number:                           Date/Time of Interview  7-1  10³⁰am

Go over OSM and the office responsibilities.  Job expectations.
  We regulate surface coal mining—through oversight or direct regulation
  Staff office reporting directly to the Director
  Performance measurements, data determination, data validation and verification.
  analysis of data.

Questions:

1. Briefly would you summarize your work history and education for me?
   currently at Strayer University; PHD from Tehran;
   discussed entrepreneural activities – restaurant; car
   dealership.

2. Can you describe for me one or two of your most important accomplishments?
   opening a restaurant
   car dealership

3. What special aspects of your work experience have prepared you for this job?
   (refer to question 1 – establishment of restaurant and car
   dealership)

4. Problem solving:  Coal industry:
   Would look at competing industries to see
   what market would be.

   Data estimation methodology:

   Use projections – go back and look at
   projections versus reality.

5. Do you prefer working alone or in groups?

*as a team member*

6. Have you made any individual presentations recently?

*yes, teaching*

7. What kind of writing have you done?

8. Everyone has strengths and weaknesses as workers. What are your strong points
for this job? What would you say are areas need improvement?

*analytical problem, need to find a solution*

*spend too much time on details — more than time allowed.*

9. What is your long-term employment or career objective?

*economist position is probably last career.*

10. ~~What things give you the greatest satisfaction at work?~~

*offered a stack of student evaluations to us for review.*

11. May I contact your current supervisor?    Former supervisor?    Other
references?

*Dr Paul
Brown*

*Master Degree - University of Scranton 1978
MBA - finance
Faculty at Strayer University 1998-pres
Security Analyst - HA Investment 1998-2001*

Economist Position

Name: James Tichenor

Phone Number:                          Date/Time of Interview  7-29-04 ; 10$^{30}$ am

Go over OSM and the office responsibilities.  Job expectations.
> We regulate surface coal mining—through oversight or direct regulation
> Staff office reporting directly to the Director
> Performance measurements, data determination, data validation and verification,
> analysis of data.

Questions:

1. Briefly would you summarize your work history and education for me?

   Provided copy of resume. Work experience in Peace Corps.
   Education at Emory University in GA.

2. Can you describe for me one or two of your most important accomplishments?

   Volunteer work in Ukraine -- he started a self-help group
   for families that is still active. He created a website
   so that others could see the work being done and share information.

3. What special aspects of your work experience have prepared you for this job?

   (refer to question 2 accomplishments)

4. <u>Problem solving:</u>  Coal industry:

   Would look at the community and environmental issues/problems.
   Are operations occurring in poor areas?
   Would assess community needs; look at economic gain
   for current and future.

   Data estimation methodology: (Need quarter of data to estimate full year)
   Would conduct statistical modelling.
   Would depend on the quarter of data being needed.
   Would look at business demands, other
   energy demands, labor, wages and outputs
   to see where there are fluctuations.

5. Do you prefer working alone or in groups?

*doesn't matter — does well in groups.*

6. Have you made any individual presentations recently?

*at workshops and conferences*

7. What kind of writing have you done?

*grants proposals. Outlined steps and goals.*
*received grants.*

8. Everyone has strengths and weaknesses as workers. What are your strong points
for this job? What would you say are areas need improvement?

*Versitality — adapts to different situations; picks up*
*new skills easily ; critical thinking — detailed oriented;*
*teamwork*

9. What is your long-term employment or career objective?

*next 5 years — master degree.*

*more practical*
*experience in*
*economics.*

~~10. What things give you the greatest satisfaction at work?~~

11. May I contact your current supervisor?    Former supervisor?    Other
references?

*reference letter provided with*
*contact information.*