# AFFIDAVIT

Location: Washington DC

I, Ruth Stokes, being first duly sworn on oath make the following statement freely and voluntarily to Roland Goodman who has identified himself to me as an EEO Investigator, Southwind Enterprises, Inc. assigned by the Office of Surface Mining to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who must have access to this information in order to carry out his or her official duties.

This statement is given in relation to a complaint of discrimination filed by Hadi Mehrsefat.

*I am aware that the accepted claim in this complaint is:*

*Mr. Mehrsefat claims he was discriminated against because of his National Origin (Iranian) and age (57) when he was not selected for the position of Economist, GS-5/7 announced under vacancy announcement #OSM-2004-0049.*

Q   Please state your full name.

A   Ruth Ellen Stokes.

Q   Please state your title and grade.

A   Chief, Planning, Analysis and Budget Office, GS-15.

Q   Please state the name of the agency for which you work, the organizational unit to which you are assigned, and the address of your duty station.

A   Office of Surface Mining Reclamation and Enforcement, Office of Planning, Analysis and Budget; 1951 Constitution Avenue NW, Washington DC.

Initials RES

| | | |
|---|---|---|
| 1 | Q | How long have you held your current position? |
| 2 | A | Two years and 2-months. |
| 3 | Q | Please state your national origin. |
| 4 | A | American. |
| 5 | Q | Please state your age (date of birth). |
| 6 | A | 48. |
| 7 | Q | Please identify your first and second level supervisors by name and title. |
| 8–10 | A | My first line supervisor is Glenda Owens, Deputy Director, Office of Surface Mining and Reclamation. My second line supervisor is Jeffrey Jarrett, Director, Office of Surface Mining and Reclamation. |
| 11 | Q | What is your organizational relationship to Complainant? |
| 12 | A | None. |
| 14–16 | Q | What was your role in the staffing action pertaining to the position of Economist GS-5/7 announced under OSM Vacancy Announcement #OSM-2004-0049? |
| 18 | A | I was the selecting official. |
| 20 | Q | How did you come about this role? |
| 22 | A | The person would work directly for me. |
| 24 | Q | How many persons were selected? |
| 26 | A | One. |
| 28 | Q | Did you conduct interviews of the applicants? |
| 30 | A | Yes. |
| 32 | Q | How many persons did you interview? |

| | | |
|---|---|---|
| 1 | A | All together 13 individuals. I interviewed 4 of the persons on the GS-5 |
| 2 | | certification list, 6 on the GS-7 lists and 3 on the GS-9 lists. Mr. Mehrsefat |
| 3 | | applied for the GS 5/7 positions but his name was only on the GS-5 |
| 4 | | certification list provided by personnel. |
| 5 | | |
| 6 | Q | How were the interviews conducted? |
| 7 | | |
| 8 | A | All the local applicants, except one, were interviewed in person. I gave the |
| 9 | | local applicants the choice of a telephone or in-person interview, and one |
| 10 | | local applicant chose to be interviewed by phone. The out-of-town |
| 11 | | applicants were interviewed by phone. |
| 12 | | |
| 13 | Q | Did you take any notes of the interview sessions? |
| 14 | | |
| 15 | A | Yes. |
| 16 | | |
| 17 | Q | What did you do with them? |
| 18 | | |
| 19 | A | I used them as a supplement to the application. I looked at them for |
| 20 | | additional information to the questions on the application. During the |
| 21 | | interview, the applicant was also asked two problem solving questions that |
| 22 | | apply to our work, and that discussion was helpful in seeing how the |
| 23 | | applicant would apply economic concepts to a situation. I referred to my |
| 24 | | notes during the review of the applicants and to refresh my memory on |
| 25 | | his/her responses during the interviews. I usually keep the notes until the |
| 26 | | interview and selection processes are completed. I am not required to turn |
| 27 | | them in to personnel. |
| 28 | | |
| 29 | Q | Do you have the notes from the interviews of those on the GS-5 certification |
| 30 | | list? |
| 31 | | |
| 32 | A | Yes. |
| 33 | | |
| 34 | Q | Will you please provide me a copy of them for inclusion in the record? |
| 35 | | |
| 36 | A | Yes. |
| 37 | | |
| 38 | Q | What were you looking for in a candidate for the GS-5 position? |
| 39 | | |
| 40 | A | It is an entry-level position with the potential for progressing to a GS-12 |
| 41 | | level. I was looking for someone who had the basic skills to do the job and |
| 42 | | would grow in the position. The position at this level required someone who |
| 43 | | would be working directly with a Senior economist and assisting in |
| 44 | | components of pulling together data for various economic analyses and |

Initials ___

|    |   |   |
|----|---|---|
| 1  |   | studies. The initial work would involve collecting detailed information from internal sources and assisting in statistical validation activities. Nancy Broderick, our Senior Economist, would be mentoring and training the individual selected. |
| 6  | Q | What criteria did you use in your determination that the selectee was the person for the GS-5 position? |
| 9  | A | Educational requirements, skills to collect and analyze data, ability to apply economic principles to our work, and a person's ability to grow in the position. Also, it was important to have someone who had basic skills to organize the data in electronic format for analysis work. |
| 14 | Q | What do you mean by ability to grow in the position? |
| 15 | A | A person who basically would take direction and see this as a learning process to further develop his/her skills and see it as a career. Someone doing hands-on, detailed work of gathering data as the basis for further economic analysis. |
| 20 | Q | What is the relationship of the criteria you used to the position? |
| 22 | A | Entry level, trainee and data analysis and collection as the beginning of the process. Skills to apply economic concepts to our work and in the organization of data so that it can be used for analyses are also key criteria. |
| 26 | Q | With regard to the criteria you used, will you compare the Complainant and selectee, stating which was the candidate against each criterion, with examples for your reasons leading to your conclusions? |
| 30 | A | Both met the educational requirements.

The selectee had demonstrated ability in data collection and methodology; recent database management experience to organize the data; and current computer applications that would enable analysis of data. He demonstrated knowledge of economic concepts. He conducted surveys and completed grant proposals outlining steps and goals. His skills would be at the entry level.

The Complainant was a current professor at Strayer University and taught economics. I do not recall his relating data base information other than in grading student papers. His experience was very accomplished, but not related to data collection and data base management skills at an entry level. |

| | | |
|---|---|---|
| 1 | Q | Will you summarize why Complainant was not selected? |
| 2 | | |
| 3 | A | Because he was not the best qualified for the GS-5 position. |
| 4 | | |
| 5 | Q | Will you summarize why the selectee was selected? |
| 6 | | |
| 7 | A | He was the best qualified for the position. He had the skills set at the |
| 8 | | appropriate level. |
| 9 | | |
| 10 | Q | Do you feel that the Vacancy Announcement properly describes the job? |
| 11 | | |
| 12 | A | Yes, it clearly states that this is a trainee position and the individual will be |
| 13 | | assisting senior level economists and analysts in his/her work. It also states |
| 14 | | that in addition to assisting in economic analyses and cost/benefit studies, |
| 15 | | the individual collects detailed information from internal sources and assists |
| 16 | | in data gathering and statistical validation activities needed to support |
| 17 | | results contained in evaluation reports. |
| 18 | | |
| 19 | Q | Do you have anything you wish to add? |
| 20 | | |
| 21 | A | I feel I hired the best-qualified person for the position. I did not discriminate |
| 22 | | based on Complainant's national origin or age. |

1  I have read this statement consisting of 6 pages, and I have made all the

2  necessary changes, additions or corrections, and I have signed or initialed every

3  page.

4  I hereby declare under penalty of perjury that the foregoing statement is true,

5  correct, and complete to the best of my knowledge and belief.

6  Signature: *Ruth Ellen Stokes*

7  Date: *April 14, 2005*

8  Subscribed and sworn to before me this *14th* day of *April* 2005.

9  *Roland Gordon*

10  EEO Investigator, Southwind

11  Or

12  _____

13  Notary Public

14  My commission expires: _____

15

16

Initials *RES*    Page 6 of 6