| | |
|---|---|
| **From:** | "Roland Goodman" <rolandgoodman@earthlink.net> |
| **To:** | <rstokes@osmre.gov> |
| **Date:** | 3/22/2005 7:21:58 AM |
| **Subject:** | Draft Affidavit |

Dear Ms. Stokes:

Thanks for your time on Friday March 18th. The draft affidavit is enclosed. Please review and make necessary corrections, editions, deletions, etc. Note line 22 where I need your grade that I forgot to ask.

You may return to me at which time I will arrange a time to hand carry to you for signature.

If the need arises to talk to me do not hesitate to call at 301-899-7731 or 301-943-1413.

Again thanks.

Sincerely,
Roland Goodman

