# AFFIDAVIT

Location: Washington DC

1. I, Nancy Broderick, being first duly sworn on oath make the following statement freely and voluntarily to Roland Goodman who has identified himself to me as an EEO Investigator, Southwind Enterprises, Inc. assigned by the Office of Surface Mining to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who must have access to this information in order to carry out his or her official duties.

This statement is given in relation to a complaint of discrimination filed by Hadi Mehrsefat.

*I am aware that the accepted claim in this complaint is:*

*Mr. Mehrsefat claims he was discriminated against because of his National Origin (Iranian) and age (57) when he was not selected for the position of Economist, GS-5/7 announced under vacancy announcement #OSM-2004-0049.*

Q   Please state your full name.

A   Nancy Robertson Broderick.

Q   Please state your title and grade.

A   Senior Economist, GS-14.

Q   Please state the name of the agency for which you work, the organizational unit to which you are assigned, and the address of your duty station.

A   Office of Surface Mining Reclamation and Enforcement, Office of Planning Analysis and Budget; 1951 Constitution Avenue NW, Washington, DC.

Initials _NB_



Page 1 of 5

| | | |
|---|---|---|
| 1 | Q | How long have you held your current position? |
| 2 | A | Two years in the Office of Planning, Analysis, and Budget. I have been an |
| 3 | | Economist with the Federal government for nearly 26 years. In 1987, I |
| 4 | | accepted the position of Economist with OSMRE. In 1991, I accepted a |
| 5 | | promotion to become the Branch Chief, Federal and Indian Programs. |
| 6 | | Following a re-organization in 1995, I have been the Senior Economist in |
| 7 | | OSMRE. |
| 8 | Q | Please state your national origin. |
| 9 | A | American. |
| 10 | Q | Please state your age (date of birth). |
| 11 | A | 53. |
| 12 | Q | Please identify your first and second level supervisors by name and title. |
| 13 | A | My first line supervisor is Ruth Stokes, Chief, Office of Planning Analysis |
| 14 | | and Budget. My second line supervisor is Glenda Owens, Deputy Director, |
| 15 | | Office of Surface Mining Reclamation and Enforcement. |
| 16 | Q | What is your organizational relationship to Complainant? |
| 17 | A | None. |
| 19 | Q | What was your role in the staffing action with regard to the position of |
| 20 | | Economist GS-5/7 under Vacancy Announcement #OSM-2004-0049? |
| 22 | A | I sat in on the interviews with Ms. Stokes. As the Senior Economist, my role |
| 23 | | was to ask two questions related to quantitative data analysis. |
| 25 | Q | How did you come about this role? |
| 27 | A | I am the Senior Economist, and I have extensive experience in data analysis. |

Initials /s/

1  Q   How many persons were selected?

3  A   One.

5  Q   Did you conduct interviews of the applicants?

7  A   Yes, in conjunction with Ms. Stokes. We were in the same room together.

9  Q   How many persons did you interview for the position?

11 A   At least 12. When they interviewed I did not know which particular position
12     they were applying for.

14 Q   How was it determined who would be interviewed?

16 A   I don't know. I believe it was related to the list of applicants that personnel
17     determined were eligible.

19 Q   How were the interviews conducted?

21 A   In person and by phone.

23 Q   Did you take notes of the interview sessions?

25 A   Yes I took some notes.

27 Q   What did you do with the notes?

29 A   I don't have them now. That is why I can't go back and determine the exact
30     number of people I interviewed. I did not know there would be a follow-on
31     action.

33 Q   What were you looking for in a candidate?

35 A   A person who could do problem solving. Someone who upon being given a
36     problem could through an intelligent process determine how to solve it
37     quantitatively. The person must have experience in cost benefit analysis and
38     hands on computer skills.

40 Q   Will you summarize why selectee was selected?

42 A   I thought he was the best qualified. Ms Stokes asked for my opinion.

Initials _____

1  Q  Mr. Mehrsefat, the Complainant, maintains his answers to the questions
2     were detailed and not vague, what is your response to this assertion?
3
4  A  I still maintain that Mr. Mehrsefat's answers were vague. He gave an
5     extensive explanation about leaving Iran, after arriving in the United States
6     spent the next 20 years opening a car dealership and restaurant, and then
7     eventually teaching school. All of these were general in nature. With regard
8     to his abilities, he offered a stack of his student evaluations for us to read,
9     which I declined. His answers and the student evaluations were not
10    pertinent to the questions we asked.
11
12 Q  Complainant claims his work experience is relative to the position, what is
13    your response to this assertion?
14
15 A  I would disagree. He did not have enough experience with data
16    manipulation or hands on computer skills experience. I considered his
17    experience and education more related to finance and business management.
18    He had more business skills than economic cost benefit analysis skills. My
19    recollection is that when asked about computer skills he mentioned logging
20    on the computer to do his student's grades.
21
22 Q  What criteria did you use in your determination that the selectee was the
23    best-qualified person for the position?
24
25 A  I was not aware of his qualifications. I was not in the office at the time he
26    came in for the interview.
27
28 Q  How did you determine he was the best qualified for the job?
29
30 A  Since I did not personally participate in the interview, Ms. Stokes related his
31    qualifications and experience.
32
33 Q  What was the reason you could not sit in on the selectee's interview?
34
35 A  I had scheduled annual leave.
36
37 Q  Do you feel the vacancy announcement for the position adequately describes
38    the qualifications sought for the position?
39
40 A  Yes.
41
42 Q  What is your response to Complainant's claim that he was not selected for
43    the position because of his national origin, Iranian?
44

Initials _____

1  A  It did not play into my decision at all.

3  Q  What is your response to Complainant's claim that he was not selected for
4     the position because of his age, 57-years?

6  A  Being over 50 myself, I have no problem hiring people in my age group.

8  Q  Do you have anything you wish to add?

10 A  No, I don't feel that I discriminated against the individual. I just felt his
11    experience did not meet the needs of the OPAB.

13     I have read this statement consisting of 5 pages, and I have made all the

14 necessary changes, additions or corrections, and I have signed or initialed every

15 page.

16     I hereby declare under penalty of perjury that the foregoing statement is

17 true, correct, and complete to the best of my knowledge and belief.

18 Signature: _____

19 Date: _____March 24, 2005_____

20 Subscribed and sworn to before me this 24th day of _March_ 2005.

21 _____

22 EEO Investigator, Southwind.

Initials _____    Page 5 of 5