## Economist, GS-110-5

### Introduction

This position is located in the Office of Planning, Analysis and Budget (OPAB). Office of Surface Mining Reclamation and Enforcement (OSM), Washington, D.C.  OPAB is responsible for nationwide planning and analysis, and budgetary functions for OSM, including the integration of organizational performance measures in the budget process.

The OPAB develops and maintains OSM's strategic plan in coordination with Departmental and OSM management, including gathering and analyzing data in support of OSM performance measures.  The OPAB is responsible for coordinating all OSM initiatives relative to implementation of Executive Order 12862, including setting customer service standards and implementation of the Government Performance and Results Act.

The OPAB performs trend analyses and modeling to identify changing national and regional needs, which may affect OSM's mission or its capacity to accomplish its mission.  The OPAB analyzes policy proposals for new initiatives and modifications to existing programs to provide a basis for change.

The OPAB carries out the formulation, presentation, execution, and analysis of OSM's budget; provides policy, central coordination, uniform budget procedures and controls; and manages OSM's interface with the Department, Office of Management and Budget (OMB) and Congressional committees on appropriations and other budget-related matters.

The OPAB also coordinates management control and other program assessment reviews, in accordance with Executive Orders and Departmental initiatives; tracks findings resulting from OIG, GAO, and other reviews of OSM's programs; and conducts investigations referred by the OIG or others.  The OPAB is responsible for coordinating and facilitating collaborative actions and dispute resolution initiatives in coordination with Departmental efforts.

### Major Duties

As a trainee, incumbent will work directly with senior economist and analysts assisting in initiating, formulating, executing and coordinating economic analyses and cost/benefit studies, statistical studies, forecasts, assessments and evaluation of matters related to the surface coal mining industry, State regulatory authorities, and the environment.

Incumbent:
- Develops specific detailed plans for studies required for short-term and long range projects.  Assists in the preparation of written reports on projects such as coal



1

mining industry trends, regulatory activities such as bonding, evaluation of program activities and related FTE and financial data, or portions thereof.

- Collects detailed economic information from internal sources, such as federal and state inspection data, and from industry and other agencies such as the Energy Information Administration's (EIA) Annual Coal Report, and census data from Department of Commerce. Data is used to show trends in the industry and evaluate program activities within OSM.

- Assists in analyzing and interpreting factual economic statistics from internal sources, such as State Annual Reports, and other agencies such as the EIA and Department of Commerce, and drafts documents explaining findings.

- Analyzes economic and statistical information requirements to develop program or administrative reporting systems including database/system specifications, data, gathering and analytical techniques and evaluation methodology.

- Assists in data gathering and statistical validation activities needed to support results contained in evaluation reports including those prepared to meet requirements under the Government Performance and Results Act (GPRA).

- Prepares and organizes materials by preparing briefing papers, narrative descriptions, memoranda, graphs, charts, statistical analyses, etc., for presentation or publication in support of evaluations and studies conducted.

- May assist team members on task forces and/or projects often involving other agency personnel. Maintains close contact with other agency officials on a variety of complex and interrelated program matters such as comments upon proposed legislation; special studies; and in related work which has far-reaching implications.

## Factor 1-Knowledge Required by the Position

Basic knowledge of professional economic procedures, practices and principles of economics, research, statistical and analytical methods; and the ability to apply them to a wide range of circumstances and conditions to analyze evaluate and examine highly complicated and often contradictory agency information requirements to communicate conclusions to top management.

Knowledge of automated database systems and databases, and techniques in order to develop, modify and convert information for presentations, reports, analysis, etc., and make recommendations for establishing/modifying database systems for data collection efforts.

2

Ability to prepare spreadsheets and use various computer software such as Word, Access, Excel, Powerpoint, etc.

Ability to understand written instructions, policy statements, and program descriptions.

Ability to communicate effectively in writing in order to prepare reports, briefing papers, and instructions to others. Documents often include charts/graphs, formats for use in collecting data, and other types of supporting documentation

Evidence of strong interpersonal skills, particularly in a team environment.

## Factor 2-Supervisory Controls

Works under close supervision of the Chief of the Office of Planning, Analysis and Budget. Supervisor instructs incumbent on the purpose of assignments and the scope and limitations, and defines objectives, priorities and expected deadlines. Incumbent independently plans and carry out routine tasks and assignments. Unusual problems/issues are referred to supervisor for instructions or guidance. Completed work is reviewed closely to verify accuracy, procedures, any special instructions, responsiveness, methodology, sources, and conformance with required practices, instructions and policy.

## Factor 3-Guidelines

Guidelines used are general and include the Government Performance and Results Act (GPRA), the OSM Directives, standard reference material, texts and manuals covering the application of analytical methods and techniques (statistical, descriptive or evaluative) and instructions and manuals covering the subjects involved (e.g., cost/benefit analysis, procedures, policies, regulations). Incumbent uses judgment in locating and selecting appropriate procedures and technical instructions to perform work assignment. Incumbent adheres to available guidelines and refers situations that do not readily fit instructions or applicable guidelines to the supervisor or a higher-grade analyst.

## Factor 4-Complexity

The work consists of performing a range of economic and statistical analyses and program evaluations primarily related to the processes involved in program implementation. Assignments typically involve study of the extent to which the agency and State/Indian tribal governmental entities are successful in achieving general and specific goals and objectives. These responsibilities require general knowledge and skills in areas such as forecasting, cost/benefit analysis, and statistics. The incumbent's work is of moderate difficulty and requires him or her to plan direct and execute the project steps with minimal administrative direction.

The supervisor or a senior analyst provides assistance to ensure that appropriate analytical approaches and techniques are used.

**Factor 5-Scope and Effort**

The work involves formulating, executing and coordinating vital economic, statistical and cost/benefit efforts for the Agency. Work also familiarizes employee with program area data and any automated systems in place to obtain and review data for program areas.

**Factor 6-Personal Contacts**

Contacts are with co-workers within OSM to include, planning, budget, policy and program offices. Incumbent has limited contact with the general public, generally to obtain information on specific issues.

**Factor 7-Purpose of Contacts**

The purpose of contacts is to obtain and exchange information in the development of evaluations, verify questionable items; and participate in meetings to present information, discuss courses of actions, and obtain a better understanding of the choices and their impacts.

**Factor 8-Physical Demands**

The work is mostly sedentary except for brief visits to various sites outside the office when conducting fact-finding or participating in meetings. Some travel may be required.

**Factor 9-Work Environment**

Most work is performed in an office setting, but may entail travel or site visits.