IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADI MEHRSEFAT,<br>　　　Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary,<br>U.S. DEPARTMENT OF THE INTERIOR,<br>　　　Defendant. | Civil Action No. 1:06CV01060<br><br>Date: August 17, 2006 |

## DECLARATION OF NANCY R. BRODERICK

I, Nancy R. Broderick, do hereby declare as follows:

1.　I have personal knowledge of the facts stated herein.

2.　I am the Senior Economist for the U.S. Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSM").

3.　My current age is 55.

4.　I interviewed prospective candidates for the Economist GS-5/7, vacancy announcement OSM-2004-0049, along with the selecting official, Ruth Stokes.

5.　During interviews with the candidates I would ask two questions related to quantitative analysis. I was looking for someone who upon being asked a question could go through an intelligent process and determine how to solve the problem quantitatively. The person must have an understanding of base-line economic concepts and hands on computer skills.

6.　During the Plaintiff's interview his answers were vague as it related to his abilities. In my opinion the Plaintiff did not have enough experience with data manipulation or



hands on computer skills. I considered his experience and education to be more related to finance and business management. He had more business skills than economic cost benefit analysis skills. Specifically, I was looking for someone who could answer questions based on mining industry environmental issues.

7.  I did not sit in on the interview of the eventual selectee, Mr. Tichenor. However, I did review his resume, which included experience with cost benefit analysis. I was not the selecting official for either the GS-5 or GS-7 Economist certificate.

8.  I was not aware of the ages of any of the applicants for the position of Economist, GS-5/7, under vacancy announcement OSM-2004-0049.

9.  During the EEO investigation into this matter I was interviewed by investigator, Roland Goodman. Mr. Goodman told me that he would take what he learned from the interview and draft an affidavit for my review. On March 24, 2005, I reviewed the draft affidavit and made the necessary corrections. I signed the affidavit on the same day. (Exh. 10).

Pursuant to 28 U.S.C. § 1746, I hereby declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 17th day of August, 2006.

Nancy R. Broderick
Senior Economist
Office of Surface Mining

2