IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADI MEHRSEFAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1060(HHK) |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, Secretary, ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion For Summary Judgment, any Opposition thereto and for good cause shown, it this _____ day of _____, 2006.

ORDERED, that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that plaintiff's complaint be and hereby is dismissed, and summary judgment entered for defendant.

_____             _____
   DATE                                                                          UNITED STATES DISTRICT JUDGE

Copies to:

Attorney for Defendant  
Wyneva Johnson  
Assistant United States Attorney  
501 3rd Street, N.W., Civil Division  
Washington, D.C. 20530

Pro Se Plaintiff  
Hadi Mehrsefat  
6200 Westchester Park Drive #815  
College Park, MD  20740