IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADI MEHRSEFAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1060(HHK) |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, Secretary, ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant's Motion for Leave to File, any Opposition thereto, and for good cause shown, it is this _____ day of _____ 2006,

ORDERED, that Defendant's Motion should be, and hereby is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

**Attorney for Defendant:**
Wyneva Johnson
Assistant United States Attorney
Judiciary Center Bldg., Room 10-810
501 3rd Street, N.W.
Washington, D.C.  20530

**Plaintiff Pro Se:**
HADI MEHRSEFAT
6200 Westchester Park Drive
Apartment 815
College Park, MD 20740