UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADI MEHRSEFAT

VS                                             CASE NUMBER: 1:06CV01060 -(HHK)

U.S. ATTORNEY GENERAL

AFFIDAVIT OF SERVICE

I HADI MEHRSEFAT MAILED THE SUMMON AND COMPLAINT REGISTERED MAIL TO U.S. ATTORNEY GENERAL ON JUNE 26,

[Domestic Return Receipt (PS Form 3811) attached, addressed to: U.S. Attorney General, 950 Pennsylvania Ave N.W., Washington DC 20530]

HADI MEHRSEFAT
6200 WESTCHESTER PARK DR
#815
COLLEGE PARK, MD 20740
(301) 385- 2375

RECEIVED
SEP 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT