UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADI MEHRSEFAT

VS

CASE NUMBER: 1:06CV01060-(HHK)

U.S. ATTORNEY FOR
THE DISTIST OF COLUMBIA

AFFIDAVIT OF SERVICE

I HADI MEHRSEFAT MAILED THE SUMMON AND COMPLAINT REGISTERED MAIL TO U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA ON JUNE 26, 2006.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney for the
   District of Columbia
   501 Third St. N.W.
   Washington DC 20001

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery: 6/30/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

...EFAT
...ESTER PARK DR
...RK, MD 20740

**RECEIVED**
SEP 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT