UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADI MEHRSEFAT

VS    CASE NUMBER: 1:06CV01060-(HHK)

DIRK KEMPTHORNE,
~~ET AL~~

AFFIDAVIT OF SERVICE

I HADI MEHRSEFAT MAILED THE SUMMON AND COMPLAINT REGISTERED MAIL TO DIRK KEMPTHORNE, ~~ET AL~~ ON JUNE 26, 2006.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Dirk Kempthorne
    Secretary, U.S. Dep. of Interior
    1849 "C" St. N.W.
    Washington DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _David J. Shaw_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
David S. Shaw                    6/28/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

[signature] ...sefat
...IESTER PARK DR
...ARK, MD 20740
(301) 385-2375

RECEIVED
SEP 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADI MEHRSEFAT

VS                                    CASE NUMBER: 1:06CV01060 (HHK)

RUTH ELLEN STOKES

AFFIDAVIT OF SERVICE

I HADI MEHRSEFAT MAILED THE SUMMON AND COMPLAINT REGISTERED MAIL TO RUTH ELLEN STOKES ON JUNE 26, 2006.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 6/30/06

1. Article Addressed to:

Ruth Ellen Stokes
Office of Surface Mining
1951 Constitution Ave NW
Washington DC 20240

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811,         2004      Domestic Return Receipt           ...55-02-...-1540

[signature] ...EFAT
...IESTER PARK DR
...RK, MD 20740
(301) 385-2375

**RECEIVED**
SEP 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADI MEHRSEFAT

VS                                            CASE NUMBER: 1:06CV01060-(HHK)

NANCY R. BRODERICK

AFFIDAVIT OF SERVICE

I HADI MEHRSEFAT MAILED THE SUMMON AND COMPLAINT REGISTERED MAIL TO NANCY R. BRODERICK ON JUNE 26, 2006.

[Domestic Return Receipt affixed]

1. Article Addressed to:
Nancy R. Broderick
Office of Surface Mining
1951 Constitution Ave N.W.
Washington DC 20240

2. Article Number: 7006 0810 0003 8085 0693

Service Type: Certified Mail

Signature: Nancy Broderick (Addressee)
Received by (Printed Name): Nancy Broderick
Date of Delivery: June 28, 2006

PS Form 3811, February 2004

—————SEFAT
HESTER PARK DR
ARK, MD 20740

RECEIVED
SEP 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT