UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


HADI MEHRSEFAT,

    Plaintiff,

VS

                    CASE NUMBER: 1: 06- CV- 01060(HHK)

DIRK KEMPTHORN,

    Defendant,


PLAINTIFF MOTION FOR EXTENSION OF TIME TO ANSWER
TO THE DEFENDANT'S MOTIONS
OF LEAVE TO FILE AND SUMMARY JUDGMENT


Since I am looking for a lawyer to represent me in this case, therefore, I request the court to extend my time for thirty days to answer the two aforementioned defendant's motions.


                                        Respectfully submitted,

                                        */s/ Hadi Mehrsefat*

                                        HADI MEHRSEFAT
                                        6200 WESTCHESTER PARK DR
                                        #815
                                        COLLEGE PARK, MD 20740
                                        (301) 385- 2375

RECEIVED
SEP 26 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, HADI MEHRSEFAT WILL MAIL A COPY OF THIS MOTION TO DIRK KEMPTHORNE, RUTH STOKES, NANCY BRODERICK AND RONAL GOODMAN 1900 CONSTITUTION AVE N.W. WASHINGTON DC. ON SEPTEMBER 26, 2006.

*[signature]*
HADI MEHRSEFAT
6200 WESTCHESTER PARK DR
#815
COLLEGPARK, MD 20740