UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HADI MEHRSEFAT**
   **Plaintiff,**

   VS

                            CASE NUMBER: 1: 06- CV- 01060(HHK)

**Mary KEMPTHORN,**

   Defendant,

**PLAINTIFF OPOSITION TO THE DEFENDANT'S MOTIONS
FOR SUMMARY JUDGMENT**

The defendant's counsel, without answering any of my specific claims regarding being a victim of unlawful employment discrimination and only repeating the history of the file, employer's agents' claims, and copying and pasting unrelated cases to her motion for summary judgment, has asked the court to issue a judgment in their favor.

I have explained in detail all of my reasons and facts for being discriminated against in the Complaint to the Court, Civil Action No: 1:06-CV-01060 (HHK), submitted to the court on ………..

Followings are highlights of facts that show that I have been a victim of discrimination:

- I am a 61-year-old man (57 years old at the time that I applied for the job), a Pakistani national with a Master's degree in Business Administration (1988, University of Scranton, Scranton, PA). My experience has included being a tax officer and an economist; managing and owning several business entities; and teaching

RECEIVED
NOV 06 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
NOV 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

economics, finance, and business courses at both the undergraduate and the graduate levels. Since 1998 I have taught the aforementioned courses at different campuses of Strayer University and, since 2003, at Southeastern University in Washington DC. Currently I am working as a financial analyst with Nations Bank.

In contrast, Mr. James Tichner, the hire, was a 23-year-old white man with a recent degree in economics who had no work experience as an economist or anything related to economics.

- Both I and Mr. James Tichner applied for the economist position GS-5 with the Department of Interior. I was rated the highest in ranking by OPM, and Mr. Tichner was the fourth.

- The employer's agents Ms. Stokes and Ms. Broderick interviewed me and the other two on the screening list. When the second person on the list did not accept the job, the employer's agents rushed to contact the fourth person on the list and offered him the job the same day.

  Of the two interviewers, Ms. Broderick was not present at Mr. Tichner's interview; therefore, she is not qualified to assert that the hire was more qualified than I am.

  In every other interview, both Ms. Stokes and Ms. Broderick participated. The fact that only one of the employer's agents, Ms. Stokes, was present at the hire's interview makes him ineligible for the position.

- Another fact that proves I was a victim of discrimination is the handwritten notation on the "screening sheet." Next to my name is

"*BS/ Economics? Diploma Mills, MS/Finance,*" and next to Mr. Tichenor's name is "*BS / Economics and math, GPA 3.73.*" A quick check of Mr. Tichenor's transcripts indicates that his GPA was 3.169, much lower than 3.73.

- Another genuine issue is denial of due process. The employer hired Southland Company to investigate my claim. Mr. Ronald Goodman was appointed as the investigator. Mr. Goodman first provided me an unsigned affidavit of Ms. Stokes. On that affidavit, Ms. Stokes said she did not hire me because I had much more experience. After Mr. Goodman took my affidavit and showed it to Ms. Stokes, she changed it and altered the sentences. Comparison of two different affidavits, exhibit 13 and exhibit 17 of my complaint to the court, proves this claim.

- On March 15, 2005, I signed an affidavit in the presence of Mr. Goodman, the investigator, and I swore to the truth of that affidavit.

RESPECTFULLY SUBMITTED

HADI MEHRSEFAT
6200 WESTCHESTER PARK DR>
#815
COLLEGE PARK, MD 20740

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 6th of November 2006, a copy of the foregoing Motion for opposition to the motion for summary Judgment was sent by first mail to:

Wyneva Johnson
Assistant Unites States Attorney
Judiciary Center Building
501 3rd Street N.W.
   Room E4106
Washington DC 20001


HADI MEHRSEFAT
6200 Westchester Park Dr.
#815
College Park, MD 20740