UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADI MEHRSEFAT,

    Plaintiff,

VS

DIRK KEMPTHORN,

    Defendant,

CASE NUMBER: 1: 06- CV- 01060(HHK)

MOTION FOR LEAVE TO REPLY TO DEFENDANT'S REPLY TO
PLAINTIFF 'S OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

Plaintiff requests the court to grant for leave to reply to defendant's reply to plaintiff's opposition to defendant's motion for summary judgment.

Respectfully Submitted,

*[signature: Hadi Mehrsefat]*

HADI MEHRSEFAT

6200 WESTCHESTER PARK DR

#815

COLLEGE PARK, MD 20740

(301) 385- 2375

RECEIVED
DEC 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 15th of December 2006, a copy of the foregoing motion for leave to reply to defendant's reply was sent by first mail to:

Wyneva Johnson
Assistant Unites States Attorney
Judiciary Center Building
501 3rd Street N.W.
   Room E4106
Washington DC 20001

HADI MEHRSEFAT
6200 Westchester Park Dr.
#815
College Park, MD 20740
 (301) 385-2375
 (301) 345-0478