UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADI MEHRSEFAT,

    Plaintiff,

VS

                            CASE NUMBER: 1: 06- CV- 01060(HHK)

DIRK KEMPTHORN,

    Defendant,

## SWORN DECLARATION OF HADI MEHRSEFAT (PLAINTIFF)

**I, Hadi Mehrsefat, do hereby declare as follows**

1. I have the personal knowledge of facts stated herein.

2. I am the applicant for the position of Economist GS-05 for the U.S. Department of Interior, office of surface mining Reclamation and enforcement.

3. My current age is 60, (57 Years old at the time of interview).

4. I was selected by human resource specialist as the highest ranking candidate.

5. Not only I have the knowledge and skill of data collection and Estimation methodology, cost-benefit analysis, quantitative problem

RECEIVED
DEC 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

solving in economics and base-line and advance macro and microeconomic concepts, but I was and am teaching those Subjects to my undergraduate and graduate students. Data collection and estimation methodology and problem solving are general science and are the same in every industry.

6. As I also mentioned in my job application, I have the skill and knowledge of using computer application including spreadsheet and data management software for economic analysis.

7. After I was not selected for the position, I made a complaint to the EEO counselor of the office of Surface Mining. On November 14, 04 the person who was in charge of the investigation, informed me that he had completed his investigation and that I needed to go to his office to sign the receipt of a copy of the report. According to his report he denied my claim of unlawful discrimination. While I was sitting in his office and explaining my situation, he verbally told me that the person who had been hired is not in charge of important duties. Then he concluded that this is a low level job for you and you wouldn't want to have such a job. Then he continued that in job searches it is not important how much you know, but who you know. He implicitly accepted that I was a victim of discrimination.

Respectfully submitted,

*Hadi Mehrsefat*

**HADI MEHRSEFAT**
**6200 WESTCHESTER PARK DR**
**#815**
**COLLEGE PARK, MD 20740**
**(301) 385- 2375**

Shirley L. James
Notary Public, District of Columbia
My Commission Expires 05/14/2009

CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 15th of December 2006, a copy of the foregoing sworn declaration was sent by first mail to:

Wyneva Johnson
Assistant Unites States Attorney
Judiciary Center Building
501 3rd Street N.W.
   Room E4106
Washington DC 20001

*[signature]*

HADI MEHRSEFAT
6200 Westchester Park Dr.
#815
College Park, MD 20740
 (301) 385-2375
 (301) 345-0478