UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADI MEHRSEFAT,

    Plaintiff,

    VS

                          CASE NUMBER: 1: 06- CV- 01060(HHK)

DIRK KEMPTHORN,

    Defendant,

### REPLY TO DEFENDANT'S REPLY TO MY OPPOSITION TO JUDGEMENT SUMMARY

The reasons the defendant articulated lack specificity, are subjective, and require credibility determination.

There are genuine material facts in dispute which are documented by evidence.

1. Egregious flaws in Investigative sequences and irregularities that mounted to denial of due process.

2. Acknowledgement of one of the interviewers, Ms. Stokes, that I was "someone knowing a lot" documented by evidence.

3. Deliberately exaggerating selectee's GPA (3.73 rather than 3.169) and casting doubt on my academic credential (Diploma Mill) documented by

RECEIVED
DEC 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Implicit acknowledgement by EEO Counselor of the Office of Surface Mining that I was a victim of employment discrimination.

Respectfully Submitted,

*/s/ Hadi Mehrsefat*

**HADI MEHRSEFAT**
**6200 WESTCHESTER PARK DR**
**#815**
**COLLEGE PARK, MD 20740**
(301) 385- 2375
(301) 345-0478

CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 15th of December 2006, a copy of the foregoing reply to defendant's reply was sent by first mail to:

Wyneva Johnson
Assistant Unites States Attorney
Judiciary Center Building
501 3rd Street N.W.
   Room E4106
Washington DC 20001

*[signature]*

HADI MEHRSEFAT
6200 Westchester Park Dr.
#815
College Park, MD 20740
 (301) 385-2375
 (301) 345-0478