UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HADI MEHRSEFAT,

   Plaintiff,

VS

                     CASE NUMBER: 1: 06- CV- 01060(HHK)

DIRK KEMPTHORN,

   Defendant,

## AMENDMENT TO PLAINTIFF OPOSITION TO THE DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

I submitted my complaint to the court on June 9, 2006. I am a 60 years old United States Citizen of Iranian origin. I obtained my Master's degree in Business Administration in 1978 from University of Scranton, Scranton, PA. I am currently working as a Financial Analyst Grade 12 for the office of the Attorney General for the District of Columbia.

The selectee, Mr. James Tichenor, is a white male and was 25 years old at the time of employment. He is 32 years younger than me and his actual GPA is 3.16 rather than 3.72. He was interviewed on 7/29/04 and the job offered him On 8/19/04

The defendants are:

RECEIVED
DEC 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. DIRK KEMPTHORN,
    Secretary, U.S. Department of Interior

2. RUTH ELLEN STOKES
    Chief, Office of Surface Mining, US Department of Interior

3. NANCY ROBERTSON BRODERICK
    Economist, Office of Surface Mining

4. RONAL GOODMAN

    Investigator, Southland

Respectfully Submitted,

Hadi Mehrsefat

CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 15th of December 2006, a copy of the foregoing Amendment was sent by first mail to:

Wyneva Johnson
Assistant Unites States Attorney
Judiciary Center Building
501 3rd Street N.W.
　Room E4106
Washington DC 20001

*[signature]*

HADI MEHRSEFAT
6200 Westchester Park Dr.
#815
College Park, MD 20740
 (301) 385-2375
 (301) 345-0478