# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HADI MEHRSEFAT,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action 06-01060 (HHK)** |
| **DIRK KEMPTHORNE, et al.,** | |
| **Defendants.** | |

## JUDGMENT

For the reasons articulated in the court's memorandum opinion docketed this same day, it is this 2nd day of July, 2007, hereby

**ORDERED** that **JUDGMENT** is entered in favor of defendants.


Henry H. Kennedy, Jr.
United States District Judge